# EXHIBIT 1

# The New York
# GAZETTE NEWS

**Jobs: The Economy**
"Jobs are not going to be found as fast as we'd like..."

**Google Home Income**
"Work From Home On Your Computer..."

Home | News | Weather | Finance | Sports | Entertainment | Health | Videos | Business | What's On | Traffic

## Jobs: Is Working Online At Home The Next Gold Rush?

As part of a new series: "Surviving the Recession" we examine consumer tips for uisng the internet to make money during a recession

Monday, November 30, 2009

» Advertisement

AS SEEN ON:    



Many sites showcase people making as much as $300 a day working online from home on their computer.

Are **online jobs** the next big thing? For Mary Steadman it sure is. Mary, a mother from Denver, Coloradois thriving, in the middle of an economic recession working in the comfort of her own home.

*From her website:* "I get paid about $25 for every link I post on Google and I get paid every week... I make around $5500 a month right now"

Mary's story is a very familiar one in these tough times. She lost her job as an account rep for a manufacturing company and a few days later her husband also was laid off from his job as part of cutbacks due to the bad economy.

"We knew we had to do something, so we put our heads together and started trying online job opporunities." Mary and her husband Kevin wound up getting caught up in a few get rich quick business opportunities that were nothing more than pyramid schemes before finding something that really worked.

"I realized the best thing to do is instead of hoping that a company that you are looking at is going last, why not go with a big, reputable company. After looking at several different companies, I picked the safest bet... Google!"

Online giant Google is a publicly traded company and is worth an estimated $100 Billion (with a b). The company has pioneered online search and has changed the way we use the internet.

In a matter of weeks Mary and David had a steady stream of income coming in via checks that were delivered to their home. They happened upon a system called "**Google Home Income**" that taught them how to make money posting links online.

*Google Home Income is a free\* course that can teach anyone, regardless of computer skill level to start making money online. It's available for free\* at **Google Home Income**.*

"We were doing pretty good and then we discovered the real trick to making money. We combined "**Google Home Income**" with another free\* course called "**Google Profits**" that's where we really learned the extra tricks so instead of making a couple of hundred bucks here and there we started maximizing the amount we made."

Mary even shared with us a picture of the kind of checks she gets from Google each month:



Mary Steadman lost her "boring" job as an account rep for a manufacturing company a few months ago. She now makes $5500+ a month by just submitting small texts and ads online on Google. Read her story to learn how she did it and how you can do the same.

**Step 1:**

Get **Google Home Income**

**Step 2:**

Get **Google Profits**

(This is key. Must do both!)

**Step 3:**

Post Links given to you by Google

**Step 4:**

Deposit the check Google sends you!

**Weather**

**How To Beat The Recession: Work At Home**
Google bails out US tax-payers with $97/hour jobs.
Read More >>

**I Make $5000 A Month Posting Links Online**
After Getting Fired I Found A Home Job Making $5k A Month!
Read More >>

**Work At Home $87/ Hour**
Easy Work From Home System. Risk Free
Read More >>

**I'm Rich You're Not...**
I Made Tons Of Cash Online... Pretty Easy.
Read More >>

**I Make $173 A Day Posting Links Online**
How I went from rags to riches working/home.
Read More >>



WHAT RECESSION?
work at home and make *more* than you do at your 9-5.
Get Paid



Case 2:09-cv-01068-BSJ    Document 2-3    Filed 12/07/2009    Page 3 of 5

Working Online - The Next Gold Rush?                                           Page 2 of 4

For those of you that have seen the 'scammy' sites on the internet that promise you can make millions of dollars online Mary warns that this is not the promise being made here and that most of those sites are false representations of earnings you can make.

"We never tell anyone they'll make millions of dollars, in fact I think this is the ONLY online system that says you probably WON'T get rich overnight, but you can generate a legitimate income from home like I do that replaced my full time job."

Getting started is simple. Following these simple steps below is all you need to do to get started.

**Step 1**: First get **Google Home Income**.

**Step 2**: Also get **Google Profits**. This is key. Use both to maximize earnings.

**Step 3**: Follow the easy directions on Google Home Income that basically shows you how to and set up a Google account. You need them both. Then they will give you the website links to post. Start posting those links. Google tracks everything.

Associated Links:
**Google Home Income** official site

**Google Profits** official site

Would you like to share a consumer tip for next week? If so, please send us an email.







## Comments ( 10 out of 10)

Read Responses For: "Is Working Online At Home The Next Gold Rush?"

---

**Diane says:**                                                              7:55 AM

I saw this on the news. How lucky is she to have found this opportunity!?!?!

---

**Marco says:**                                                              8:33 AM

The timing of this couldn't be better, my wife and I are struggling too and this could be our answer.

---

**Mikey says:**                                                              9:12 AM

Thanks for the info, just started this 3 weeks ago. I've gotten 2 checks for a total of $1900, pretty cooll.

---



---

**Stephen says:**                                                            8:52 AM

Is this for real? I tried one thing and it didn't pan out. I made about $500 a month but that was 2 years ago. I'm going to give this a shot.

---

**Mary says:**                                                               9:33 AM

I think this is great and will come in really handy right now. I'm not the best computer user but I think I can post links!!! :)

Working Online - The Next Gold Rush? Page 3 of 4

Case 2:09-cv-01068-BSJ   Document 2-3   Filed 12/07/2009   Page 4 of 5

**Lisa says:**     10:35 AM

Just a quick notice about this thing. It does work but you have to be able to use a computer at least somewhat. If you can use email, etc. then you'll be fine.

**Thomas says:**     12:42 PM

Has anyone tried this yet? Looks promising.

**Damo says:**     2:48 PM

@Thomas, I'm using it now and it's working pretty well actually! I paid a dollar for shipping, got it in a few days, signed up for my Google account and have been cranking along ever since. My first week I made a whopping $288 and the second week I doubled that then it kinda snowballed to $300+ a day! I'm gonna grow this puppy as big as I can. Here's a screen shot of my Google stats, my wife is in shock.

**Wanda says:**     5:51 PM

I just got my first check for $2800.00 from Google! How cool is that it took about 2 weeks for me to get the first check.

**Michael says:**     10:51 PM

this is a pretty cool article. I like that fact that it has to do with Google. It makes things so much easier when your dealing with a big company like them!

## Leave A Reply

[        ] Name (required)

[        ] Mail (will not be published) (required)

[        ] Website

Step 1: **Click here for Google Home Income**

Step 2: **Click here for the Google Profits**

Home | News | Weather | Finance | Sports | Entertainment | Health | Videos | Business | What's On | Traffic

**TERMS AND CONDITIONS**
**CAREFULLY READ AND AGREE TO PURCHASE TERMS BELOW BEFORE ORDERING:**

We are not affiliated in any way with CNN, WebTV, News Channel 7, ABC, NBC, CBS, U.S. News or FOX. CNN, WebTV, News Channel 7, ABC, NBC, CBS, U.S. News and FOX are all registered trademarks of their respective owners. Â® All trademarks on this web site whether registered or not, are the property of their respective owners. The authors of this web site are not sponsored by or affiliated with any of the third-party trade mark or third-party registered trade mark owners, and make no representations about them, their owners, their products or services.

"THE STORY DEPICTED ON THIS SITE AND THE PERSON DEPICTED IN THE STORY ARE NOT REAL. RATHER, THIS STORY IS BASED ON THE RESULTS THAT SOME PEOPLE WHO HAVE USED THESE PRODUCTS HAVE ACHIEVED. THE RESULTS PORTRAYED IN THE STORY AND IN THE COMMENTS ARE ILLUSTRATIVE, AND MAY NOT BE THE RESULTS THAT YOU ACHIEVE WITH THESE PRODUCTS. THIS PAGE RECEIVES COMPENSATION FOR CLICKS ON OR PURCHASE OF PRODUCTS FEATURED ON THIS SITE."
INCOME CLAIM WARNING: Testimonials do not result typical result. Photographs or images are depiction of individuals and payment methods. These income examples are representative of some of the most successful participants in the program. Some individuals purchasing the program may make little or NO MONEY AT ALL. These claims are not a guarantee of your income, nor are they typical of average participants. Individual results will vary greatly and in accordance to your input, determination, hard work, and ability to follow directions. No person or company can guarantee profits or freedom from loss. Any and all use of this website certifies you are agreeing to our Terms and Conditions.

* S&H charges do apply. Results will vary by person, and the special offers may only be available for a limited time. Some of the products described on this site have terms regarding continued billing after the trial period ends. This is referred to as negative option, or continuity billing. Therefore, it is important to ensure that you are fully aware of the terms associated with each product before you order. To make this easier for you, we have included links to the billing terms for each of the products below. Please keep in mind that these are separate companies and we are not the best source for information about orders or specific policies. Because these companies control their own policies, shipping and other fees may change periodically. We have linked away from our website directly to their terms and conditions pages.

For the convenience of our readers, we have also included the billing information and cancellation contact info here:

*For Google Home Income: By submitting an order, You automatically receive a 7-day trial to the Start Up Kit Using Google. Your 7-day trial begins immediately upon placing your order. You will be billed $1.97 at the time of order submission. Once Your trial is active you have 7-days to decide whether to accept Your Subscription. Prior to the expiration of the 7-day trial period, You may cancel Your subscription by calling toll-free at 877-484-8016 or International customers please call 00-1-646-205-0216. Should You fail to cancel Your Subscription within the 7-day trial You will be billed $79.90 at the completion of the 7-day trial and every month thereafter for continued services and hosting of your Visual Webtools software unless canceled by You.

*For Google Profits: Subscriber agrees to pay today the free trial shipping and handling fee of $1.97 to begin subscriberâ€™s trial membership. Subscriber has thirty days from the date of enrollment to cancel Trial membership by calling our customer care department at 1-866-995-9812 to cancel their trial subscription and to be issued an authorization number for return of the Google Profits disc. Subscriber must clearly write the authorization number on the outside of the package and return the CD to the address given by the customer care department within thirty days from the date of enrollment or does not promptly return the disc with authorization number according to the terms above, Subscriber agrees to pay a one time fee of $99.00, which will be billed on Day thirty one from the date of enrollment. Once the free trial shipping and handling fee has been paid and once Subscriber does not cancel within the thirty day Trial period, the one time fee will be NON REFUNDABLE. In addition, the subscriber will be provided access to an online Resource Center which will bill at $47.50 on the fifteenth Day from the date of enrollment and we will re-bill every thirty one days at $47.50 per month until cancelled by calling 1-866-995-9812. If for any reason, Subscribers credit card company refuses to pay the amount billed for the service, Subscriber agrees that we may, at our option, suspend or terminate the subscription to the service and require the Subscriber to pay the overdue amount by other means acceptable to us. We may charge a fee for reinstatement of suspended or terminated accounts. You have also been enrolled into a seven (7) day trial to the eBay Money Resource Center. Should you choose not to cancel your eBay Money Resource Center, you will be billed seven dollars and seventy one cents ($7.71) each month for the eBay Money Resource Center. If you wish to cancel your eBay Money Resource Center subscription, please call 1-800-215-1752 to cancel.