# EXHIBIT 13

**Infringing Domain Names**

1. ajobwithgoogle.com
2. bradsgooglemoney.com
3. business-google.com
4. cash-with-google.info
5. click4googlecashkit.com
6. earn-google-cash.com
7. earncashfastwithgoogle.com
8. easygooglecashkit.com
9. easygooglepayday.com
10. fastgooglecash.info
11. getrichgoogle.com
12. getsgooglecash.com
13. google-money-kit.com
14. google-money-master.com
15. google-money.net
16. google-moneyblog.com
17. google-moneytree.com
18. google-profits.com
19. google-wealthmaker.com
20. googlebusinesskit.biz
21. googlebusinesskit.com
22. googlecash-kit.com
23. googlecash.com
24. googlecashfromhome.com
25. googlecashkit.org
26. googlecashsecretclub.com
27. googlecashstarterkit.com
28. googlecashweekly.com
29. googlejackpot.net
30. googlekits.com
31. googlemasterminds.com
32. googlemoney-kit.com
33. googlemoney1.com
34. googlemoneyeasy.com
35. googlemoneymaster.net
36. googlemoneymembersite.com
37. googlemoneymethod.com
38. googlemoneypro.com
39. googlemoneyprofit.com
40. googlemoneys.com
41. googlemoneyy.com
42. googleprofit.org
43. googleprofitclub.com
44. googleprofithouse.com
45. googleprofitkit.com
46. googleprofitresource.com
47. googleprofits.com
48. googleprofitsinsider.com
49. googleprofitskit.com
50. googleprofittoday.com
51. googleprofittree.com
52. googlesmoneytree.com
53. googletreasurechest.com
54. googleworkstoday.com
55. goolgemoney.com
56. makegooglefastcash.com
57. makemoneyfromgoogle.net
58. makemoneywithgooglekit.com
59. moneygoogle.org
60. my-google-money.com
61. mygooglefortune.com
62. mygooglemoney.com
63. mygooglemoneyblog.com
64. mygooglemoneysecret.com
65. nomoregoogleadwords.com
66. quickgoogleprofit.com
67. thanksgooglemoney.com
68. thegooglebusiness.com
69. thegooglenetwork.com
70. trygooglecash.com

#47983 v2 saf