Gregory J. Christiansen (10755)
Blair R. Jackson (10170)
CHRISTIANSEN & JACKSON, PC
10421 South Jordan Gateway, Suite 600
South Jordan, Utah 84095
Telephone:  (801) 576-2662
Facsimile:  (801) 415-9340

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>www.goog-money-tree.com, and www.google<br>moneyprofitsystem.com | **WWW.GOOG-MONEY-TREE.COM'S, and WWW.GOOGLEMONEYPROFIT SYSTEM.COM'S WITHDRAWAL OF MOTION TO QUASH SUBPOENA AND MEMORANDUM IN SUPPORT** |
| GOOGLE, INC.<br><br>    Plaintiff<br><br>v.<br><br>PACIFIC WEBWORKS, INC.<br><br>    Defendant | Case No.:  2:09-CV-01068<br><br>Judge Bruce S. Jenkins |

Owner of domains www.goog-money-tree.com and www.googlemoneyprofitsystem.com

(hereinafter "Domain Owner"), by and through its attorney of record, hereby files this

Withdrawal of its Motion to Quash and Memorandum in Support.  Counsel for Domain Owner

has spoken to Plaintiff Google, Inc. and has agreed to allow the subpoena to proceed.

DATED this 2nd day of February, 2010.

s/ Gregory J. Christiansen/
_____

Gregory J. Christiansen
Attorney for Domain Owner

CERTIFICATE OF SERVICE BY MAIL, HAND DELIVERY OR FACSIMILE
TRANSMISSION

I hereby certify that a true and correct copy of the foregoing document was on this date served upon the persons named below, at the addresses set out below their name, either by mailing, hand delivery or by telecopying to them a true and correct copy of said document in a properly addressed envelope in the United States mail, postage prepaid; by hand delivery to them; or by facsimile transmission.

Blaine J Benard
Holme Roberts & Owen, LLP                    [   ]  Mail
299 S Main Street, Suite 1800                [   ]  Facsimile
Salt Lake City, Utah 84111                   [ X ]  Electronic

Katherine Keating, Esq.
Holme Roberts & Owen, LLP                    [   ]  Mail
560 Mission St., 25th Floor                  [   ]  Facsimile
San Francisco, CA 94105                      [ X ]  Electronic

Alan L. Sullivan
Robert E. Mansfield
Snell & Wilmer                               [   ]  Mail
15 W South Temple Suite 1200                 [   ]  Facsimile
Salt Lake City, Utah 84101                   [ X ]  Electronic

Jeffery M. Lillywhite                        [   ]  Mail
12176 Pine Valley Way                        [   ]  Facsimile
Draper, Utah 84020                           [ X ]  Electronic

GoDaddy.Com
C. Lovetro                                   [   ]  Mail
Compliance Manager                           [ X ]  Facsimile
480-624-2546 Facsimile                       [   ]  Hand Delivery

DATED this 2nd day of February, 2010

/s Gregory J. Christiansen /s
_____
Gregory J. Christiansen