HOLME ROBERTS & OWEN LLP
Scott R. Bialecki (*Pro Hac Vice*)
  scott.bialecki@hro.com
Roger R. Myers (*Pro Hac Vice*)
  roger.myers@hro.com
George M. Haley, #1302
  george.haley@hro.com
Blaine J. Benard,  #5661
  blaine.benard@hro.com
Craig Buschmann, #10696
  craig.buschmann@hro.com
299 South Main Street, Suite 1800
Salt Lake City, UT  84111-2263
Telephone:  (801) 521-5800
Facsimile:   (801) 521-9639

Attorneys for Plaintiff GOOGLE INC.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC WEBWORKS, INC., a Nevada corporation, and DOES 1-50,<br><br>Defendants. | **Case No. 2:09-cv-1068-BSJ**<br><br>**STIPULATED MOTION TO AMEND COMPLAINT**<br><br>**Judge:  Bruce S. Jenkins** |

Plaintiff Google Inc. ("Google") and Defendant Pacific WebWorks, Inc ("Pacific WebWorks") (collectively, the "Parties"), by and through their undersigned counsel, submit this Stipulated Motion to Amend Complaint ("Motion").  In support of this Motion, the Parties state as follows:

1. Good cause exists to grant this Motion. Among other things, Google has advanced this case by naming one of the Doe Defendants in its First Amended Complaint, which has been attached hereto as Exhibit A ("Amended Complaint").

2. Pursuant to Fed. R. Civ. P. 15(a)(2), "a party may amend its pleading . . . with the opposing party's written consent or the court's leave."

3. Pacific WebWorks consents to Google amending its Complaint in the form attached hereto. As such, the Parties stipulate to the entry of Google's Amended Complaint.

4. Pursuant to D.U. Civ. R. 7-1(b), the Parties believe no memorandum of supporting authorities is required for this type of motion.

WHEREFORE, the Parties jointly request the Court to enter and deem filed Google's First Amended Complaint as provided herewith as Exhibit A. For the Court's convenience, a proposed Order has been filed herewith.

Dated this 17th day of May, 2010.

| | |
|---|---|
| /s/ George M. Haley | /s/ Jeffery M. Lillywhite |
| HOLME ROBERTS & OWEN LLP | Daniel W. Jackson, #1633 |
| Scott R. Bialecki (*Pro Hac Vice*) | Jeffery M. Lillywhite, #8920 |
| Roger R. Myers (*Pro Hac Vice*) | |
| George M. Haley, #1302 | Attorneys for Pacific WebWorks, Inc. |
| Blaine J. Benard, #5661 | |
| Craig Buschmann, #10696 | |
| | |
| Attorneys for Google Inc. | |

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of May, 2010, I caused a true and correct copy of the **STIPULATED MOTION TO AMEND COMPLAINT** to be served as follows:

| | |
|---|---|
| Jeffery M. Lillywhite | \_\_\_\_\_ U.S. Mail, postage prepaid |
| 953 East 12400 South | \_\_\_\_\_ Hand Delivery |
| Suite A | \_\_\_\_\_ Facsimile |
| Draper, UT 84020 | \_\_\_\_\_ Overnight courier |
| | __X__ E-Mail and/or CM/ECF |
| | |
| Daniel W. Jackson | \_\_\_\_\_ U.S. Mail, postage prepaid |
| 2157 Lincoln Street | \_\_\_\_\_ Hand Delivery |
| Salt Lake City, Utah  84106 | \_\_\_\_\_ Facsimile |
| | \_\_\_\_\_ Overnight courier |
| | __X__ E-Mail and/or CM/ECF |

By: /s/ Patricia L. Gray