HOLME ROBERTS & OWEN LLP
Scott R. Bialecki (*Pro Hac Vice*)
  scott.bialecki@hro.com
Roger R. Myers (*Pro Hac Vice*)
  roger.myers@hro.com
George Haley, #1302
  george.haley@hro.com
Blaine B. Benard,  #5661
  blaine.benard@hro.com
Craig Buschmann, #10696
  craig.buschmann@hro.com
299 South Main Street, Suite 1800
Salt Lake City, UT  84111-2263
Telephone:  (801) 521-5800
Facsimile:   (801) 521-9639

Attorneys for Plaintiff GOOGLE INC.

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br>                              Plaintiff,<br>v.<br>PACIFIC WEBWORKS, INC., a Nevada corporation, BLOOSKY INTERACTIVE, LLC, a Nevada limited liability company, and DOES 2-50,<br>                              Defendants. | **Case No. 2:09-cv-1068-BSJ**<br><br>**FIRST AMENDED COMPLAINT FOR FEDERAL TRADEMARK INFRINGEMENT; FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION; FEDERAL TRADEMARK DILUTION; FEDERAL CYBERPIRACY; STATE UNFAIR COMPETITION; VIOLATION OF UTAH CONSUMER SALES PRACTICES ACT; STATE TRADEMARK DILUTION; AND COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION**<br><br>**JURY TRIAL DEMANDED** |

This action seeks to stop a widespread Internet advertising scam that is defrauding the

public by misusing the famous Google brand.  The scam victimizes unsuspecting consumers by

prominently displaying the famous GOOGLE mark, by suggesting sponsorship by the plaintiff,

Google Inc. ("Google"), and by urging consumers to obtain a kit supposedly showing them how

to make money working from home with Google.  The kit is advertised as free, except for a

nominal shipping and handling charge or access fee.  However, people who sign up for these

offers have their credit cards charged with substantial recurring monthly fees.  They also receive

little of value, or nothing at all, in return for their payments.

Because of the prominent use of the GOOGLE mark and false or misleading statements

in the advertisements, consumers are tricked into believing – falsely – that these work-at-home

kits are offered, sponsored or endorsed by Google.  Consumers have sent letters and e-mails to

Google complaining about fraudulent charges.  Many have asked Google for a refund or asked

Google to cancel the recurring charges, even though Google is not connected to the solicitations.

Google has informed the victims that Google is not affiliated with the scam and has

referred victims to the Federal Trade Commission ("FTC").  Google has demanded (to no avail)

that websites involved with the scam stop using Google's name and marks, or similarly

confusing names and marks.  Last year, the FTC obtained an injunction and asset freeze in the

District of Nevada against other websites operating a virtually identical scam.  While the

injunction did lead to removal of a few of the scam websites, thousands more remain, including

those associated with Defendants.  This, in turn, compelled Google to file this lawsuit.

Late last year, a class action was filed in state court in Illinois against Defendant Pacific

WebWorks, Inc. ("PWW"), over the work-at-home scam.  But that action sought no preliminary

injunctive relief to stop PWW or others involved in the scheme from continuing to use the

GOOGLE name and mark to defraud the public during the time it takes to litigate class

certification and the merits.  And because that action only alleged claims based on Illinois law and only seeks to certify a class of Illinois residents, even a final judgment in that case may not stop the use of the GOOGLE name and mark to defraud members of the public in other states.

To stop this illegal and infringing use of its trademarks in perpetuating a fraud on the public, Plaintiff Google, by and through its attorneys, initially sued Defendants Pacific WebWorks, Inc., and Does 1-50 (collectively and individually referred to as "Defendants"), and obtained expedited discovery to, inter alia, identify the Doe Defendants.  In this Amended Complaint, Google now names Bloosky Interactive, LLC as Doe 1 and alleges as follows:

## NATURE OF THE ACTION

This is a civil action for trademark infringement, dilution, unfair competition, and cyber-piracy under the Lanham Act, 15 U.S.C. § 1114 and 1125 (a), (c) and (d), state law trademark dilution under Utah Code Ann. § 70-3a-403, common law trademark infringement, violation of the Utah Consumer Sales Practices Act, Utah Code Ann. § 13-11-1-§ 13-11-6 and § 13-11-19, and violation of the Utah Unfair Competition Act, Utah Code Ann. §§ 13-5a-102 and 13-5a-103.

## THE PARTIES

1.    Google is a Delaware corporation with its principal place of business at 1600 Amphitheatre Parkway, Mountain View, California 94043.  Widely recognized as a global technology leader, Google owns U.S. trademark registrations for several famous GOOGLE marks, including its iconic logo, and common law rights in the Google name, logo and related marks.

2.    Defendant Pacific WebWorks, Inc. is a Nevada Corporation with its principal place of business at 230 West 400 South, 1st Floor, Salt Lake City, Utah 84101.

3.    Upon information and belief, Defendant Bloosky Interactive LLC ("Bloosky") is

a Nevada, limited liability company, with one or more satellite offices in Utah.

4.      Google is ignorant of the true names and capacities of the defendants sued in this Complaint as Does 2 through 50, inclusive, and therefore sues these defendants by such fictitious names.  Google will amend this Complaint to allege the true names and capacities of the Doe defendants when ascertained.  Each of the fictitiously named defendants is responsible in some manner for the conduct alleged in this Complaint, and Google's damages are actually and proximately caused by the conduct of such defendants.

5.      Upon information and belief, the Doe Defendants operate as part of a common enterprise with PWW and/or each other to perpetuate Internet scams on unsuspecting consumers using the trusted Google brand.  Upon information and belief, Defendants engage in the illegal and infringing acts alleged below through an interrelated network of entities that share common ownership, officers, managers, office locations, business and accounting functions.  To avoid detection and identification of all those behind the scam, this network includes an ever-changing coterie of websites that utilize the same templates to generate the same fake news stories, fake testimonials, fake blogs and pressure tactics to drive unsuspecting consumers to credit card processing sites like those run by PWW.  Because they have operated as a common enterprise, each Defendant is jointly and severally liable for the unlawful and infringing acts alleged below.

## JURISDICTION AND VENUE

6.      This Court has subject matter jurisdiction over Google's Lanham Act claims pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a).

7.      This Court has supplemental jurisdiction over Google's pendent state law claims pursuant to 28 U.S.C. § 1367 in that the state law claims are integrally interrelated with Google's

federal claims and arise from a common nucleus of operative facts such that the administration of Google's state law claims with its federal claims furthers the interest of judicial economy.

8.      This Court has personal jurisdiction over Defendants because PWW, Bloosky and, on information and belief, the Doe Defendants, maintain a place of business in Utah.

9.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because Defendant PWW resides in this judicial district and because Defendant Bloosky and the Doe Defendants are subject to personal jurisdiction in this district.

**DEFENDANTS' SCHEME TO DEFRAUD THE PUBLIC USING GOOGLE'S MARKS**

10.     Defendants deceive the public by misusing the famous Google brand and GOOGLE marks to sell to consumers work-at-home kits purporting to train and enable consumers to earn money using Google services.  The scheme is advertised under a variety of names that all infringe upon Google's good name and trademarks, including, among others, Google Adwork, Google ATM, Google Biz Kit, Google Cash, Earn Google Cash Kit, Google Fortune, Google Marketing Kit, Google Profits, The Home Business Kit for Google, Google StartUp Kit, and Google Works.

11.     At the heart of the scheme is a false representation that consumers can participate in a Google-sponsored program that will allow them to make hundreds of dollars a day working at home performing a simple task that requires no particular experience or qualifications. Although the program is often advertised as "free," in fact consumers must pay an "instant access" fee for online access to a members-only portal, or a "shipping and handling fee" for a DVD, that, they are told, will explain how to make money through the program.  Consumers must pay the fee by submitting their credit or debit card information through a website.

12.    After making this initial payment, many consumers receive nothing.  Those who do get something often receive DVDs containing viruses, with no information of value, or they receive a DVD or access to an online portal containing information available free of charge elsewhere on the Internet, including from Google's own free online help center.  Consumers are not enrolled in any program that provides opportunities for generating income.  Instead, they are subjected to continuing monthly fees that often exceed $50 and range as high as $79.90  After discovering that they have been duped, consumers typically find it difficult, if not impossible, to cancel the continuing charges, or get a refund of their money.

13.    Google is informed and believes that Defendants have generated millions of dollars in revenue from these recurring charges.

**Victims Sign Up For What They Are Misled To Believe Is A Google-Sponsored Business**

14.    Consumers typically encounter Defendants' work-from-home schemes via Internet advertisements or promotional e-mails, which then lead to what look like legitimate online news articles, blogs, social networking postings, or similar websites containing testimonials in which individuals claim to have made substantial sums of money through Google-related work-from-home business opportunities.  The news articles are formatted to look as if they originate with a real newspaper or news agency.  The blogs and other social networking posts are made to look like genuine blogs or posts, and as if they came from unrelated individuals that used the work-from-home products.  In actuality, these sites are not authentic.  Virtually none of the articles are published by actual news outlets.  The scam artists pick names that are close to real publications to add a false air of legitimacy and to dupe unsuspecting consumers.  For example, there is no readily identifiable news publication called

"The New York Gazette News," which is one of the fake news publications that purportedly reported on the work-from-home program (*see* Exhibit 1), but there once was a "New York Gazette" that began operating in the 1700s.

15.     The blogs and other similar postings are variations based on templates, with identical content appearing on numerous seemingly unrelated sites.  For example, many sites use the same check, which was allegedly issued by Google to the alleged author of the blog:



The check is used repeatedly in many ads.  While it purports to be payable to different people, it is the same check, in the same amount, with the same check number, drawn on the same account. (Examples of Defendants' marketing using this check are attached hereto as Exhibits 2-4.)

16.     Another tactic used by Defendants is to list several fake testimonials that were supposedly posted to the Comments section at the bottom of Defendants' websites touting the alleged success enjoyed by purported purchasers of Defendants' products.  Invariably, however, the Comments section of these websites is disabled, thereby preventing deceived consumers from warning others about the scam.  The reasons given for why comments cannot be posted vary – some will say, for example, "bandwidth exceeded" or "Comments Closed Due to Spam

- 7 -

(back soon)" (*see* Exhibits 2, 3, 5) – but each Defendants' Comments section achieves the same result of preventing the truth from being told.

17.    Some Defendants blatantly use the same story line, but slightly alter the names to try to cover their tracks.  For example, one fake article found at www.newyorkgazettenews.com discusses the alleged success story of "Mary Steadman," a supposed stay-at-home mom, and uses the same fraudulent check referenced above in connection with the following picture:



The fake articles give Mary's husband different names – and sometimes he is referred to as both "Kevin" and "David," evidence of a careless Defendant who failed to change the name consistently throughout.  (Examples of this fake news story are included in Exhibits 1 and 6.)

18.    Upon information and belief, Defendants try to direct their advertising to consumers with IP detection and geolocation technologies.  For example, a viewer in Denver who visits www.newyorkgazettenews.com will see an article identifying Mary Steadman as "a mother from "Denver, Coloradois" (Exhibit 1), while a viewer in Salt Lake will see an article

identifying Mary Steadman as "a mother from Salt Lake City, Utahis," with the same run-on typo between the location and "is" as seen by the Denver-based viewer. (Exhibit 6.) The obvious goal of this phony news story is to fool consumers into believing that others in their home area are achieving success with the fraudulent program.

19.     In these phony news stories, Defendants try to add a sense of legitimacy to their scheme by blatantly free-riding off Google's trusted brand, referring to Google as, *inter alia*:

- "a big, reputable company,"
- "the safest bet ... Google," and
- "Online giant Google ... worth an estimated $100 Billion."

(*See, e.g.,* Exhibits 1 – 3, 5 – 7.)

20.     In these phony news stories, Defendants tout non-existent Google programs to prey on those who are particularly vulnerable – those who are desperately looking for work in a difficult economy. For example, Defendants baldly refer to "Google Adwork," which is an obvious ploy to trade off of the good will associated with Plaintiff's Google AdWords Service, and claim, in one example:

> [O]nline giant Google, Inc. announces that in an effort to help stimulate the economy they are launching **Google Adwork** – an online link posting program that will allow anyone to make a living working from home. The announcement was made during an international press conference that drew over 10 Million viewers.

(Exhibit 7.) In fact, no such program exists.

21.     Defendants attempt to conceal their activities by using services to mask the true identity of the owner(s) of Defendants' websites and by frequently disabling their websites and/or pointing them at different credit card processing sites – sometimes at new web addresses that use new names and new variations of Google's marks. Defendants' behavior is obviously

calculated to keep one step ahead of consumers who become aware of the scam's true nature, and to interfere with efforts to identify Defendants.

**Lured In By The False Suggestion Of Sponsorship By Google, Victims Pay A Nominal Fee And Then Are Hit With Monthly Recurring Credit Charges Or Bank Withdrawals**

22.    In the end, the goal of this scam is to get consumers to provide their credit or debit card information to Defendants at credit card processing sites, including, but not limited, to sites such as to bskytracking.com, googleworkstoday.com, processcartcenter.com, securecartcenter.com, sundaybikerides.com, safetrialoffers.com, selfprofitsmadeeasy.com, securesiteorders.com, yoursearchprofits.com, secureordersites.com, securesiteoffers.com, on1inetrack.com, profitcenterlearning.com, s3curehost.com, and visualwebtools.com. (Illustrative examples of these credit card processing sites are attached hereto as Exhibit 8.)

23.    Consumers are directed to these credit card processing sites in at least two ways: (1) they can click on a link on the initial page they visited, which often includes Google's name, such as Google Adwork, Google Payday Kit, Google Marketing Kit (*see, e.g.,* Exhibits 1 and 7); or (2) they try to leave the site and are confronted with a pop-up screen warning that the offer is time sensitive and that eventually directs  consumers to the processing site.  (*See, e.g.*, Exhibit 9.)

24.    To add a further element of purported legitimacy, consumers typically are asked to "qualify" for the opportunity or to "check availability" by submitting their names, e-mail addresses and more importantly, their home addresses, which will be used to collect the consumers' credit or debit card information.

25.    Defendants count on consumers not taking the time to research Defendants' scheme by setting a low initial price point for the scam, such as $1.97, or $2.95, which they describe as an "Instant Access Fee," a "processing fee," and/or a "shipping/processing fee."

26.    The most substantial financial harm to consumers occurs after the victims have submitted their credit or debit card information.  Many consumers have complained that they have found themselves enrolled unwittingly in a "negative option" program – *i.e.*, a program in which they are automatically enrolled and must contact Defendants to opt out of – that has caused them to incur significant recurring monthly charges by Defendants, frequently ranging up to $79.90 per month.  Once they discover the scam, many consumers have complained that they have had difficulty opting out, and have been unable to obtain refunds from Defendants.  Consumers have complained about this scam to the FTC, to state law enforcement, to the Better Business Bureau, and to Google.  (Illustrative examples of these consumer complaints are attached hereto as Exhibit 10.)

27.    Some of the consumers who complain recall the name of the scam and/or website that lured them in, but others do not, which is not surprising given the insignificant disclosed up-front cost that consumers think is all they have to pay for this opportunity.  But all the complaints have a common element:  the victims were misled into believing Google was involved.

**Defendants Are Using Google's Trademarks In A Deceptive Manner To Attract Victims**

28.    As explained above, consumers are lured into the scam through a series of websites that prominently display the Google name, logo and other trademarks.  These websites often include "google" in the domain name address, such as www.googlefortunemembers.com and www.googlemoneyprofits.com.

29.    The websites either explicitly state or strongly imply that the work-from-home program is operated by, or sponsored or approved by, Google.  Many of the websites tell consumers that they will be paid directly by Google, and, as shown above, some even display a

photograph of a check allegedly issued by Google.

30.    Google owns several U.S. federal trademark registrations for the GOOGLE word mark, including Reg. Nos. 2,806,075; 2,884,502; 2,954,071; and 3,570,103.  Google also owns a U.S. federal trademark registration for its GOOGLE logo, Reg. No. 3,140,793.  (Copies of the registration certificates for these registrations are attached hereto as Exhibit 11.)

31.    Google also owns eight pending U.S. federal trademark applications and one U.S. federal trademark registration for marks that include the word GOOGLE (Serial Nos. 77/082,272, 77/764,401, 77/835,616, 77/831,323, 78/433,507, 78/698,285, 78/828,042, 78/941,798, and Reg. No. 3,725,612).

32.    Google has used its GOOGLE mark since at least 1997 and has acquired a tremendous amount of goodwill in the name and mark.  Through Google's extensive use, the GOOGLE name and mark have become famous, and Google has become a trusted brand.

33.    Google also owns a U.S. federal trademark registration for the mark ADWORDS in connection with "dissemination of advertising for others via the Internet" (Reg. No. 2,794,616).  Google's AdWords Service enables advertisers to create and run ads in conjunction with search results at Google.com and on Google's advertising network.  AdWords does not involve the payment of money by Google to others.  (A copy of the registration certificate for this registration is attached hereto as Exhibit 12.)

34.    Google has not authorized any of the Defendants to use Google's trademarks, and Google has not sponsored or approved any of Defendants' websites.

35.    Misled by the prominent, deceptive use of Google's name and trademarks, many consumers have complained to Google that their credit or debit cards have been charged without

authorization and have requested that Google refund those charges, when, in fact, Google never charged their cards and has no role in operating the infringing websites.

36.     Google sent letters to more than 30 websites involved in the work-at-home scheme demanding that they stop using Google's name and marks, and filed complaints with the Whois Data Problem Reporting System regarding more than 1,000 others utilizing Google's name and mark in domain names.  While some sites were removed and/or domains were disabled, they were often replaced by others operating the same scam under different names.

**Defendant Bloosky's Infringing and Tortious Conduct**

37.     Defendant Bloosky participated in the work-from-home schemes described above that use Google's marks to create the illusion that Google has sponsored and/or approved of such offerings.  The apparent goal was to use Google's marks on the credit card processing sites in such a manner as to convince consumers to disclose their credit card numbers to what they mistakenly believed was Google or one of its sponsored affiliates.  To execute its part in this plan, Bloosky created infringing Internet advertising, hosted infringing content on credit card processing sites and directed consumers to infringing websites that it owned and/or controlled.

38.     For example, Defendant Bloosky owns and/or has hosted domains that were used as credit card processing websites (e.g., processcartcenter.com, securecartcenter.com and sundaybikerides.com) and touted "Google Fortune" and "WORKING FROM HOME WITH [the Google logo]" in connection with work-from-home schemes, promising "$200-$907 per day to anyone with a computer and basic typing skills."  (See, e.g.,  Exhibit 14.)  Defendant Bloosky used privacy services, such as Domains By Proxy, Inc., to conceal the true ownership of such domains.

39.    Further, Defendant Bloosky promoted use of an e-mail campaign featuring such infringing terms/phrases as "Make GOOGLE Cash," "Google Dreams," "Google Paychecks," "Google Money," "Google Work," "Google Work Online," "Easy Google Money," "Google Experience," and "Google Opportunities."  (See, e.g., Exhibit 15.)  Again, the goal was to convince e-mail recipients that Google was somehow associated with the scheme.

40.    Defendant Bloosky also owns domains, such as btracker.com and sweettracking.com, which it has used to direct consumers to infringing content either hosted by Defendant Bloosky or others.  In addition, Defendant Bloosky controls, owns and/or has facilitated the registration of domain names that incorporate "google," such as google-money-master.com and googleworkstoday.com, in order to confuse consumers into believing that such domain names (and their contents) are sponsored, affiliated and/or associated with Google.  To further cover its tracks, Defendant Bloosky masked the ownership of the majority of the foregoing domains as well.

41.    Google did not approve Defendant Bloosky's use of its marks and/or logo in the foregoing manners.  If such activities are not ceased, Google will continue to be harmed.

**The FTC Recently Took Down A Work-From-Home Scheme Similar to Defendants'**

42.    On June 22, 2009, the FTC filed an action in U.S. District Court for the District of Nevada to temporarily restrain and preliminarily and permanently enjoin certain entities from operating work-from-home schemes under the name and mark "Google Money Tree."  *Federal Trade Commission v. Infusion Media, et al.*, No. 2:09-cv-01112-RCJ-LRL (the "FTC Action").

43.    In its complaint, the FTC alleged that the defendants in the FTC Action had promoted home business opportunity kits through websites using domain names including

googlemoneytree.com and googletreasurechest.com. The FTC alleged that after consumers provide credit or debit card account information, ostensibly to pay a small shipping and handling fee, they are automatically enrolled in continuity programs through which recurring charges are made to their financial accounts.

44.     On June 23, 2009, the District Court entered a temporary restraining order enjoining the defendants in the FTC Action from conducting certain business practices and making certain representations, including any false representations, express or implied, that those defendants are affiliated with Google. The temporary restraining order included an asset freeze, preservation of records and the appointment of a receiver.

45.     On September 10, 2009, the parties to the FTC Action stipulated to the entry of a preliminary injunction that continued the prohibition against certain business practices and false representations, the asset freeze, appointment of a receiver and other equitable relief.

**A Class Action Filed Against PWW In Illinois Offers No Immediate Relief**

46.     On November 9, 2009, Plaintiff Barbara Ford filed a class action complaint in the Chancery Division of the Circuit Court for Cook County, Illinois, against PWW and a John Doe Defendant seeking, *inter alia*, to certify a class of Illinois residents who submitted payment to PWW as a result of the work-at-home scheme and were charged anything other than the stated shipping and handling or discount fee. *Ford v. Pacific WebWorks, Inc.*, *et al.*, No. 09CH44278 (the "Illinois Action"). Defendant PWW has not yet filed an Answer in the Illinois Action.

47.     In her complaint in the Illinois Action, Plaintiff Ford alleges five causes of action, all under Illinois law – for Violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, Violation of the Uniform Deceptive Trade Practices Act, Violation of the

Automatic Contract Renewal Act, Unjust Enrichment and Breach of Contract – and seeks restitution, damages, civil penalties and/or fines, and attorneys' fees. With respect to injunctive relief, the complaint in the Illinois Action only prays that the state court "[e]nter judgment for injunctive, statutory and/or declaratory relief as is necessary to protect the interests of Plaintiff and the Classes."

**Both Consumers And Google Continue To Be Harmed By Defendants' Schemes**

48.     The FTC Action and injunction targeted other defendants and the Illinois Action seeks no immediate injunctive relief. Google therefore has continued to receive complaints from consumers about work-from-home schemes deceptively using Google's name and marks, and consumers continue to demand refunds from Google. The false association Defendants have created between Google and Defendants' work-from-home schemes continues to damage Google's reputation and the goodwill that Google has established in its name and trademarks. Unless enjoined, Defendants will continue to lure consumers into their scam through the deceptive misuse of Google's trusted brand, thereby irreparably harming Google as well as members of the public who are deceived by the scam.

**FIRST CLAIM FOR RELIEF**

**Infringement of Federally Registered Trademarks and Service Marks**

**15 U.S.C. § 1114(1)(a)**

49.     Google realleges and incorporates each and every allegation contained in the paragraphs above with the same force and effect as if said allegations were fully set forth herein.

50.     Google has used its federally registered GOOGLE name and mark in commerce in connection with virtually all of its products and services, including its search engine, its

AdSense advertising service, and its AdWords advertising service.

51.     Google has also used its federally registered ADWORDS mark in commerce in connection with the dissemination of online advertising.

52.     Defendants had both actual and constructive knowledge of Google's ownership of and rights in its federally registered marks prior to Defendants' infringing use of those marks.

53.     Defendants adopted and continue to use in commerce Google's federally registered marks, and marks confusingly similar thereto, with full knowledge of Google's superior rights, and with full knowledge that their infringing use of Google's marks was intended to cause confusion, mistake and/or deception.

54.     Defendants offer their goods and services under the infringing marks in the same channels of trade as those in which Google's legitimate goods and services are offered.

55.     Defendants' infringing use of Google's name and marks in connection with the work-from-home schemes is likely to cause, and has caused, confusion, mistake or deception as to the affiliation, connection or association of the schemes with Google, in violation of 15 U.S.C. § 1114.

56.     Defendants' actions constitute knowing, deliberate, and willful infringement of Google's federally registered marks.  The knowing and intentional nature of the acts set forth herein renders this an exceptional case under 15 U.S.C. § 1117(a).

57.     As a result of Defendants' infringement, Google has suffered substantial damages, as well as the continuing loss of the goodwill and reputation established by Google in its federally registered marks.  This continuing loss of goodwill cannot be properly calculated and thus constitutes irreparable harm and an injury for which Google has no adequate remedy at law.

Google will continue to suffer irreparable harm unless this Court enjoins Defendants' conduct.

## SECOND CLAIM FOR RELIEF

### Federal Unfair Competition and False Designation of Origin

### 15 U.S.C. § 1125(a)

58.    Google realleges and incorporates each and every allegation contained in the paragraphs above with the same force and effect as if said allegations were fully set forth herein.

59.    Defendants have deliberately and willfully attempted to trade on Google's long-standing and hard-earned goodwill in its name and marks and the reputation established by Google in connection with its products and services, as well as in order to confuse consumers as to the origin and sponsorship of Defendants' goods and to pass off their products and services in commerce as those of Google.

60.    Defendants' unauthorized and tortious conduct has also deprived and will continue to deprive Google of the ability to control the consumer perception of its products and services offered under Google's marks, placing the valuable reputation and goodwill of Google in the hands of Defendants.

61.    Defendants' conduct is likely to cause confusion, mistake or deception as to the affiliation, connection or association of Defendants and their work-from-home schemes with Google, and as to the origin, sponsorship or approval of Defendants and their products and services, in violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125(a)(1).

62.    Defendants had direct and full knowledge of Google's prior use of and rights in its marks before the acts complained of herein.  The knowing, intentional and willful nature of the acts set forth herein renders this an exceptional case under 15 U.S.C. § 1117(a).

63.     As a result of Defendants' aforesaid conduct, Google has suffered commercial

damage, as well as the continuing loss of the goodwill and reputation established by Google in

its marks.  This continuing loss of goodwill cannot be properly calculated and thus constitutes

irreparable harm and an injury for which Google has no adequate remedy at law.  Google will

continue to suffer irreparable harm unless this Court enjoins Defendants' conduct.

### THIRD CLAIM FOR RELIEF

### Federal Dilution By Tarnishment

### 15 U.S.C. § 1125(c)

64.     Google realleges and incorporates each and every allegation contained in the

paragraphs above with the same force and effect as if said allegations were fully set forth herein.

65.     The GOOGLE name and mark – both in word and logo form – are famous and

distinctive and are entitled to protection against dilution by blurring or tarnishment.

66.     Defendants commenced use of the GOOGLE name and marks in commerce after

the "Google" name and mark had become famous and distinctive.

67.     By using the GOOGLE name and marks in connection with work-from-home

schemes in which consumers are deceived as to the nature of the services provided, the origin of

those services, and the charges for those services, Defendants have injured and will continue to

injure Plaintiff Google's business reputation, have tarnished the distinctive quality of Plaintiff's

famous name and marks, and have lessened the capacity of Plaintiff's famous GOOGLE name

and marks to identify and distinguish Plaintiff Google's goods and services, in violation of 15

U.S.C. § 1125(c).

68.     As a result of Defendants' tarnishment of Google's name and marks, Google has

suffered substantial damages, as well as the continuing loss of the goodwill and reputation established by Google in its marks.  This continuing loss of goodwill cannot be properly calculated and thus constitutes irreparable harm and an injury for which Google has no adequate remedy at law.  Google will continue to suffer irreparable harm unless this Court enjoins Defendants' conduct.

## FOURTH CLAIM FOR RELIEF

### Violation of Anti-Cybersquatting Consumer Protection Act (Cyberpiracy)

### 15 U.S.C. § 1125(d)(As to Defendant Bloosky and Doe Defendants Only)

69.     Google realleges and incorporates each and every allegation contained in the paragraphs above with the same force and effect as if said allegations were fully set forth herein.

70.     As alleged above, Defendants have registered, trafficked in, and/or used numerous Internet domain names that contain or consist of Google's marks (the "Infringing Domain Names").  Defendants have undertaken their activities with respect to the Infringing Domain Names using privacy protection services that prevent Google from discovering the Defendants' true identities through publicly available information.  (A representative, non-exhaustive list of the Infringing Domain Names is attached hereto as Exhibit 13.)

71.     Defendants have registered and are using the Infringing Domain Names without Google's authorization and with a bad faith intent to profit from Google's marks, in violation of 15 U.S.C. § 1125(d).

72.     Google's marks were distinctive and famous at the time the Defendants registered the Infringing Domain Names and remain distinctive today.

73.     The Infringing Domain Names were confusingly similar to Google's marks at the

time Defendants registered the Infringing Domain Names, and they remain so today.

74.     The Infringing Domain Names do not resolve to websites owned by Google. Rather, they resolve to websites controlled by Defendants, which profit from their use.

75.     Defendants did not believe and could not reasonably have believed their use of the Infringing Domain Names constituted fair use or was otherwise lawful.

76.     As a result of Defendants' wrongful registration and use of the Infringing Domain Names, Google has suffered substantial damages, as well as the continuing loss of the goodwill and reputation established by Google in its marks.  This continuing loss of goodwill cannot be properly calculated and thus constitutes irreparable harm and an injury for which Google has no adequate remedy at law.  Google will continue to suffer irreparable harm unless this Court enjoins Defendants' conduct and orders that the Infringing Domain Names be transferred to Google.

## FIFTH CLAIM FOR RELIEF

### Violation of Utah Unfair Competition Act

### Utah Code Ann. § 13-5a-102

77.     Google realleges and incorporates each and every allegation contained in the paragraphs above with the same force and effect as if said allegations were fully set forth herein.

78.     Defendants have engaged in unfair competition by intentionally using Google's name and marks to trade on Google's long-standing and hard-earned goodwill in its name and marks, as well as in order to confuse consumers as to the origin and sponsorship of Defendants' goods and services and to pass their products and services off as those of Google.

79.     Defendants' conduct is likely to cause confusion, mistake or deception as to the

affiliation, connection or association of Defendants and their work-from-home schemes with Google, and as to the origin, sponsorship or approval of Defendants and their products and services.

80.     Defendants had direct and full knowledge of Google's prior use of and rights in Google's marks before the acts complained of herein.

81.     Defendants' unlawful and unfair conduct has led to a material diminution of the reputation and goodwill established by Google in its marks.

82.     As a result of Defendants' aforesaid conduct, Google has suffered substantial damages, as well as the continuing loss of the goodwill and reputation established by Google in its marks.  This continuing loss of goodwill cannot be properly calculated and thus constitutes irreparable harm and an injury for which Google has no adequate remedy at law.

### SIXTH CLAIM FOR RELIEF

### Violation of Utah Consumer Sales Practices Act

### Utah Code Ann. § 13-11-4

83.     Google realleges and incorporates each and every allegation contained in the paragraphs above with the same force and effect as if said allegations were fully set forth herein.

84.     Defendants have falsely and intentionally indicated that their work-from-home schemes are affiliated with or sponsored or approved by Google, in violation of the Utah Consumer Sales Practices Act, Utah Code Ann. § 13-11-4(2)(a).

85.     Defendants have falsely and intentionally indicated that Defendants are affiliated with or sponsored or approved by Google, in violation of the Utah Consumer Sales Practices Act, Utah Code Ann. § 13-11-4(2)(i).

86.     Defendants' conduct is likely to cause confusion, mistake or deception as to the affiliation, connection or association of Defendants and their work-from-home schemes with Google, and as to the origin, sponsorship or approval of Defendants and their products and services.

87.     As a result of Defendants' aforesaid conduct, Google has suffered substantial damages, as well as the continuing loss of the goodwill and reputation established by Google in its marks.  This continuing loss of goodwill cannot be properly calculated and thus constitutes irreparable harm and an injury for which Google has no adequate remedy at law.  Google will continue to suffer irreparable harm unless this Court enjoins Defendants' conduct.

**SEVENTH CLAIM FOR RELIEF**

**Trademark Dilution**

**Utah Code Ann. § 70-3a-403**

88.     Google realleges and incorporates each and every allegation contained in the paragraphs above with the same force and effect as if said allegations were fully set forth herein.

89.     The GOOGLE name and marks – both in word and logo form – are famous and distinctive in Utah, and are entitled to protection against dilution.

90.     Defendants commenced use of the GOOGLE name and marks after the GOOGLE name and mark had become famous and distinctive.

91.     By using the GOOGLE name and marks in connection with work-from-home schemes in which consumers are deceived as to the nature of the services provided, the origin of those services, and the charges for those services, Defendants have injured and will continue to injure Plaintiff Google's business reputation, have tarnished the distinctive quality of Google's

famous name and marks, and have lessened the capacity of Google's famous name and marks to identify and distinguish Google's goods and services, in violation of Utah Code Ann. § 70-3a-403.

92.    In using the GOOGLE name and marks, Defendants willfully intended to trade on Google's reputation.

93.    As a result of Defendants' dilution of Google's name and marks, Google has suffered substantial damages, as well as the continuing loss of the goodwill and reputation in the GOOGLE marks.  This continuing loss of goodwill cannot be properly calculated and thus constitutes irreparable harm and an injury for which Google has no adequate remedy at law. Google will continue to suffer irreparable harm unless this Court enjoins Defendants' conduct.

## EIGHTH CLAIM FOR RELIEF

### Trademark Infringement and Unfair Competition

### Utah Common Law

94.    Google realleges and incorporates each and every allegation contained in the paragraphs above with the same force and effect as if said allegations were fully set forth herein.

95.    Defendants have deliberately and willfully attempted to trade on Google's long-standing and hard-earned goodwill in its name and marks and the reputation Google established in connection with its products and services, as well as to confuse consumers as to the origin and sponsorship of Defendants' goods and to pass their products and services off as those of Google.

96.    Defendants' unauthorized and tortious conduct has also deprived and will continue to deprive Google of the ability to control the consumer perception of its products and services offered under Google's marks, placing the valuable reputation and goodwill of Google in the hands of Defendants.

97.     Defendants' conduct is likely to cause confusion, mistake or deception as to the affiliation, connection or association of Defendants and their work-from-home schemes with Google, and as to the origin, sponsorship or approval of Defendants and their products and services, in violation of Utah common law.

98.     As a result of Defendants' aforesaid conduct, Google has suffered substantial damages, as well as the continuing loss of the goodwill and reputation established by Google in its marks.  This continuing loss of goodwill cannot be properly calculated and thus constitutes irreparable harm and an injury for which Google has no adequate remedy at law.  Google will continue to suffer irreparable harm unless this Court enjoins Defendants' conduct.

## JURY DEMAND

99.     Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Google requests a jury trial of all issues that may be tried to a jury in this action.

## PRAYER FOR RELIEF

WHEREFORE, Google prays for an Order and Judgment as follows:

1.     Entry of an order (on a preliminary and permanent basis) requiring that Defendants and their officers, agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with them, be enjoined and restrained from:

(a)     Using in any manner the GOOGLE mark, or any name, mark or domain name that wholly incorporates the GOOGLE mark or is confusingly similar to or a colorable imitation of this mark, including, without limitation, Google Adwork, Google ATM, Google Biz Kit, Google Cash, Earn Google Cash Kit, Google Fortune, Google Income Library, Google

Marketing Kit, Google Profits, The Home Business Kit for Google, Google StartUp Kit, Google

Works, googlefortunemembers.com and googlemoneyprofits.com;

       (b)     Using or displaying the Google logo on any websites, products, or

promotional materials in any false and/or deceptive manner;

       (c)     Using in any manner the ADWORDS mark, or any name, mark or domain

name that wholly incorporates the ADWORDS mark or is confusingly similar to or a colorable

imitation of this mark;

       (d)     Doing any act or thing calculated or likely to cause confusion or mistake

in the minds of members of the public or prospective customers of Google's products or services

as to the source of the products or services offered for sale, distributed, or sold, or likely to

deceive members of the public, or prospective customers, into believing that there is some

connection between Defendants and Google;

       (e)     Committing any acts which will tarnish, blur, or dilute, or are likely to

tarnish, blur, or dilute the distinctive quality of the famous GOOGLE mark; and

       (f)     Making any representations, express or implied, that Google is affiliated

with or sponsors or approves of Defendants or their products or services.

       2.     Directing Defendants to transfer to Google (at no cost to Google) all domain

names that contain or consist of Google's marks, including but not limited to

www.googlefortunemembers.com and www.googlemoneyprofits.com;

       3.     Ordering Defendants to preserve through trial and then deliver up for destruction,

pursuant to 15 U.S.C. § 1118, all Internet webpages / scripts / html code, articles, packages,

wrappers, products, displays, labels, signs, vehicle displays or signs, circulars, kits, packaging,

letterhead, business cards, promotional items, clothing, literature, sales aids, receptacles,

templates or other matter in the possession, custody, or under the control of Defendants or its

agents bearing the GOOGLE word mark or logo, or the ADWORDS mark, in any manner, or

any mark that is confusingly similar to or a colorable imitation of these marks;

4.     Ordering Defendants to take all steps necessary to cancel any state or local

business registrations, including corporate name registrations and dba filings, that include

Google's name or marks or amend those registrations to names that do not include Google's

name or marks, and to remove any references to any business registrations, including corporate

names and dba filings, that include Google's name or marks.

5.     Ordering Defendants to retain and disclose all communications with all

individuals and entities with whom they engaged in any transaction relating to or arising from

the use of Google's names or marks, or otherwise in furtherance of the scheme alleged herein;

6.     Directing Defendants to provide an accounting of profits made by Defendants as a

result of Defendants' unlawful conduct;

7.     Ordering Defendants, pursuant to 15 U.S.C. § 1116(a), to file with this Court and

serve upon Google within thirty (30) days after entry of the injunction a written report under oath

describing in detail the manner and form in which Defendants have complied with the injunction,

including ceasing all offering of services under Google's name and marks as set forth above;

8.     Ordering Defendants to pay a judgment in the amount of Google's actual damages

under 15 U.S.C. § 1117 and Utah law, as well as Defendants' profits, and pre- and post-judgment

interest pursuant to 15 U.S.C. § 1117, in a amount to be proven at trial;

9.     Ordering Defendants to pay Google's reasonable attorneys fees and costs of this

action under 15 U.S.C. § 1117 and/or Utah law;

      10.    Ordering Defendants to pay a judgment for enhanced damages under 15 U.S.C. §

1117 and punitive damages under Utah law as appropriate; and

      11.    Granting Google such other and further relief as the Court deems just and proper.

      RESPECTFULLY SUBMITTED this 17th day of May 2010.

              HOLME ROBERTS & OWEN LLP

              /s/ George Haley
              Scott R. Bialecki (*Pro Hac Vice*)
              Roger R. Myers (*Pro Hac Vice*)
              George Haley, #1302
              Blaine B. Benard, #5661
              Craig Buschmann, #10696

              Attorneys for Plaintiff Google Inc.

# EXHIBIT 1

Working Online - The Next Gold Rush?
Page 1 of 4

Case 2:09-cv-01068-BSJ    Document 40-2    Filed 05/17/2010    Page 31 of 122

**Jobs: The Economy**
*"Jobs are not going to be found as fast as we'd like..."*

# The New York
# GAZETTE NEWS

**Google Home Income**
*"Work From Home On Your Computer..."*

| Home | News | Weather | Finance | Sports | Entertainment | Health | Videos | Business | What's On | Traffic |

## Jobs: Is Working Online At Home The Next Gold Rush?

As part of a new series: "Surviving the Recession" we examine consumer tips for using the internet to make money during a recession

Monday, November 30, 2009

» Advertisement

**How To Beat The Recession: Work At Home**
Google bails out US tax-payers with $97/hour jobs.
**Read More >>**

**I Make $5000 A Month Posting Links Online**
After Getting Fired I Found A Home Job Making $5k A Month!
**Read More >>**

**Work At Home $87/ Hour**
Easy Work From Home System. Risk Free
**Read More >>**

**I'm Rich You're Not...**
I Made Tons Of Cash Online... Pretty Easy.
**Read More >>**

**I Make $173 A Day Posting Links Online**
How I went from rags to riches working/home.
**Read More >>**

  
**AS SEEN ON:**


Many sites showcase people making as much as $300 a day working online from home on their computer.

Are **online jobs** the next big thing? For Mary Steadman it sure is. Mary, a mother from Denver, Coloradois thriving , in the middle of an economic recession working in the comfort of her own home.

*From her website:* "I get paid about $25 for every link I post on Google and I get paid every week... I make around $5500 a month right now"

Mary's story is a very familiar one in these tough times. She lost her job as an account rep for a manufacturing company and a few days later her husband also was laid off from his job as part of cutbacks due to the bad economy.

"We knew we had to do something, so we put our heads together and started trying online job opporunities." Mary and her husband Kevin wound up getting caught up in a few get rich quick business opportunities that were nothing more than pyramid schemes before finding something that really worked.

"I realized the best thing to do is instead of hoping that a company that you are looking at is going last, why not go with a big, reputable company. After looking at several different companies, I picked the safest bet... Google!"

Online giant Google is a publicly traded company and is worth an estimated $100 Billion (with a b). The company has pioneered online search and has changed the way we use the internet.

In a matter of weeks Mary and David had a steady stream of income coming in via checks that were delivered to their home. They happened upon a system called " **Google Home Income** " that taught them how to make money posting links online.

*Google Home Income is a free\* course that can teach anyone, regardless of computer skill level to start making money online. It's available for free\* at Google Home Income.*

"We were doing pretty good and then we discovered the real trick to making money. We combined "**Google Home Income**" with another free\* course called "**Google Profits**" that's where we really learned the extra tricks so instead of making a couple of hundred bucks here and there we started maximizing the amount we made."

Mary even shared with us a picture of the kind of checks she gets from Google each month:




Mary Steadman lost her "boring" job as an account rep for a manufacturing company a few months ago. She now makes $5500+ a month by just submitting small texts and ads online on Google. Read her story to learn how she did it and how you can do the same.

**Step 1:**

Get **Google Home Income**

**Step 2:**

Get **Google Profits**

(This is key. Must do both!)

**Step 3:**

Post Links given to you by Google

**Step 4:**

Deposit the check Google sends you!

*Weather*


**WHAT RECESSION?**
work at home and make *more* than you do at your 9-5.

**Get Paid**

Working Online - The Next Gold Rush?                                    Page 2 of 4

Case 2:09-cv-01068-BSJ    Document 40-2    Filed 05/17/2010    Page 32 of 122

For those of you that have seen the 'scammy' sites on the internet that promise you can make millions of dollars online Mary warns that this is not the promise being made here and that most of those sites are false representations of earnings you can make.

"We never tell anyone they'll make millions of dollars, in fact I think this is the ONLY online system that says you probably WON'T get rich overnight, but you can generate a legitimate income from home like I do that replaced my full time job."

Getting started is simple. Following these simple steps below is all you need to do to get started.

**Step 1:** First get **Google Home Income**.

**Step 2:** Also get **Google Profits**. This is key. Use both to maximize earnings.

**Step 3:** Follow the easy directions on Google Home Income that basically shows you how to and set up a Google account. You need them both. Then they will give you the website links to post. Start posting those links. Google tracks everything.

Associated Links:
**Google Home Income** official site

**Google Profits** official site

Would you like to share a consumer tip for next week? If so, please send us an email.







# Comments *(10 out of 10)*

Read Responses For: "Is Working Online At Home The Next Gold Rush?"

---

**Diane says:**                                                                7:55 AM

I saw this on the news. How lucky is she to have found this opportunity!?!?!

---

**Marco says:**                                                               8:33 AM

The timing of this couldn't be better, my wife and I are struggling too and this could be our answer.

---

**Mikey says:**                                                               9:12 AM

Thanks for the info, just started this 3 weeks ago. I've gotten 2 checks for a total of $1900, pretty cooll.



---

**Stephen says:**                                                             8:52 AM

Is this for real? I tried one thing and it didn't pan out. I made about $500 a month but that was 2 years ago. I'm going to give this a shot.

---

**Mary says:**                                                                9:33 AM

I think this is great and will come in really handy right now. I'm not the best computer user but I think I can post links!!! :)

Working Online - The Next Gold Rush?                                          Page 3 of 4

Case 2:09-cv-01068-BSJ    Document 40-2    Filed 05/17/2010    Page 33 of 122

**Lisa says:**                                                                                10:35 AM

Just a quick notice about this thing. It does work but you have to be able to use a computer at
least somewhat. If you can use email, etc. then you'll be fine.

**Thomas says:**                                                                              12:42 PM

Has anyone tried this yet? Looks promising.

**Damo says:**                                                                                 2:48 PM

@Thomas, I'm using it now and it's working pretty well actually! I paid a dollar for shipping,
got it in a few days, signed up for my Google account and have been cranking along ever since.
My first week I made a whopping $288 and the second week I doubled that then it kinda
snowballed to $300+ a day! I'm gonna grow this puppy as big as I can. Here's a screen shot of
my Google stats, my wife is in shock.



**Wanda says:**                                                                                5:51 PM

I just got my first check for $2800.00 from Google! How cool is that it took about 2 weeks for
me to get the first check.

**Michael says:**                                                                             10:51 PM

this is a pretty cool article. I like that fact that it has to do with Google. It makes things so much
easier when your dealing with a big company like them!

## Leave A Reply

[                    ] Name (required)

[                    ] Mail (will not be published) (required)

[                    ] Website

[                                        ]

Working Online - The Next Gold Rush?                                                                    Page 4 of 4

Case 2:09-cv-01068-BSJ    Document 40-2    Filed 05/17/2010    Page 34 of 122

**Step 1: <u>Click here for Google Home Income</u>**

**Step 2: <u>Click here for the Google Profits</u>**

Home | News | Weather | Finance | Sports | Entertainment | Health | Videos | Business | What's On | Traffic

**TERMS AND CONDITIONS**
**CAREFULLY READ AND AGREE TO PURCHASE TERMS BELOW BEFORE ORDERING:**

We are not affiliated in any way with CNN, WebTV, News Channel 7, ABC, NBC, CBS, U.S. News or FOX. CNN, WebTV, News Channel 7, ABC, NBC, CBS, U.S. News and FOX are all registered trademarks of their respective owners. All trademarks on this web site whether registered or not, are the property of their respective owners. The authors of this web site are not sponsored by or affiliated with any of the third-party trade mark or third-party registered trade mark owners, and make no representations about them, their owners, their products or services.

"THE STORY DEPICTED ON THIS SITE AND THE PERSON DEPICTED IN THE STORY ARE NOT REAL. RATHER, THIS STORY IS BASED ON THE RESULTS THAT SOME PEOPLE WHO HAVE USED THESE PRODUCTS HAVE ACHIEVED. THE RESULTS PORTRAYED IN THE STORY AND IN THE COMMENTS ARE ILLUSTRATIVE, AND MAY NOT BE THE RESULTS THAT YOU ACHIEVE WITH THESE PRODUCTS. THIS PAGE RECEIVES COMPENSATION FOR CLICKS ON OR PURCHASE OF PRODUCTS FEATURED ON THIS SITE."
INCOME CLAIM WARNING: Testimonials do not result typical result. Photographs or images are depiction of individuals and payment methods. These income examples are representative of some of the most successful participants in the program. Some individuals purchasing the program may make little or NO MONEY AT ALL. These claims are not a guarantee of your income, nor are they typical of average participants. Individual results will vary greatly and in accordance to your input, determination, hard work, and ability to follow directions. No person or company can guarantee profits or freedom from loss. Any and all use of this website certifies you are agreeing to our Terms and Conditions.

* S&H charges do apply. Results will vary by person, and the special offers may only be available for a limited time. Some of the products described on this site have terms regarding continued billing after the trial period ends. This is referred to as negative option, or continuity billing. Therefore, it is important to ensure that you are fully aware of the terms associated with each product before you order. To make this easier for you, we have included links to the billing terms for each of the products below. Please keep in mind that these are separate companies and we are not the best source for information about orders or specific policies. Because these companies control their own policies, shipping and other fees may change periodically. We have linked away from our website directly to their terms and conditions pages.

For the convenience of our readers, we have also included the billing information and cancellation contact info here:

**For Google Home Income:** By submitting an order, You automatically receive a 7-day trial to the Start Up Kit Using Google. Your 7-day trial begins immediately upon placing your order. You will be billed $1.97 at the time of order submission. Once Your trial is active you have 7-days to decide whether to accept Your Subscription. Prior to the expiration of the 7-day trial period, You may cancel Your subscription by calling toll-free at 877-484-8016 or international customers please call 00-1-848-205-0216. Should You fail to cancel Your Subscription within the 7-day trial You will be billed $79.90 at the completion of the 7-day trial and every month thereafter for continued services and hosting of your Visual Webtools software unless canceled by You.

**For Google Profits:** Subscriber agrees to pay today the free trial shipping and handling fee of $1.97 to begin subscriber's trial membership. Subscriber has thirty days from the date of enrollment to cancel Trial membership by calling our customer care department at 1-866-995-9812 to cancel their trial subscription and to be issued an authorization number for return of the Google Profits disc. Subscriber must clearly write the authorization number on the outside of the package and return the CD to the address given by the customer care department within thirty days from the date of enrollment or does not promptly return the disc with authorization number according to the terms above, Subscriber agrees to pay a one time fee of $99.00, which will be billed on Day thirty one from the date of enrollment. Once the free trial shipping and handling fee has been paid and once Subscriber does not cancel within the thirty day Trial period, the one time fee will be NON REFUNDABLE. In addition, the subscriber will be provided access to an online Resource Center which will bill at $47.50 on the fifteenth Day from the date of enrollment and we will re-bill every thirty one days at $47.50 per month until cancelled by calling 1-866-995-9812. If for any reason, Subscribers credit card company refuses to pay the amount billed for the service, Subscriber agrees that we may, at our option, suspend or terminate the subscription to the service and require the Subscriber to pay the overdue amount by other means acceptable to us. We may charge a fee for reinstatement of suspended or terminated accounts. You have also been enrolled into a seven (7) day trial to the eBay Money Resource Center. Should you choose not to cancel your eBay Money Resource Center, you will be billed seven dollars and seventy one cents ($7.71) each month for the eBay Money Resource Center. If you wish to cancel your eBay Money Resource Center subscription, please call 1-800-215-1752 to cancel.

# EXHIBIT 2

Case 2:09-cv-01068-BSJ   Document 40-2   Filed 05/17/2010   Page 36 of 122

# BenGetsGreen.com

Learn How I Make $5,000+ a Month Posting Links on Google

## Would You Like to Make $5,000 or More a Month Posting Links on Google?

**Get paid $5 to $30 for every website link that you post on Google. No one needs to buy anything from you or Google in order to get paid. Weekly paychecks are sent & you can work from your home computer or anywhere with internet access.**



Thank you for visiting my site. My name is Ben Connors & I grew up in the San Francisco Bay Area, in California. This is my story on how filling out one simple online form changed my life. Basically, when I started, I was making around $3,500 to $5,000 a month from Google. Not a ton of money. But, very solid and good. I was able to replace my previous job's income, working less than 10 hours a week on my computer at home.



**\*February 2009 I made $9,476.54** on autopilot while vacationing with my wife in Italy. Above photo was taken in Florence. And below is a screenshot from one of the days that I was vacationing - it's nice to be making money on cruise control :)



**Today's Earnings:** $306.98

<u>View payment history</u>

View: today

I was not interested in some fly by night get rich quick business opportunity, pyramid scheme or anything to do with network marketing. You know the ones that want you to try to sell stuff to your friends and family members. I just wanted a legitimate honest way for me to earn extra income from home. I am here to spread this word. Hopefully my story can inspire you to try what I discovered. Read on.



Above is a photo of my wife and I. Our wedding was a real shoe-string wedding. Our cake was 2 layers and pretty much just the basic necessities.It was lavish enough for us, because that was all we could afford at the time.

A few months after our wedding, I found out you can actually get Google Cash kit that I got...but for free. Well, actually you do have to pay a couple bucks and change for some shipping cost.

**Step 1**: Go to this link, fill out a basic online form and hit submit at <u>Google Cash Secret</u>. **Pay the $1.97 for shipping cost**.

**Step 2:** Follow the directions on <u>Google Cash Secret</u> and set up a Google account. Then they will give you the website links to post. Start posting those links. Google tracks everything.

**Step 3**: Google will send their first check to you after you start earning. Or you can start to have them wire directly into your checking account. (Your first checks will be about $500 to $1,200 a week. Then it goes up from there. Depends on how many links you posted online.)

# My Story

A year ago I was an account manager for a (drum roll) a pipe manufacturing company. Not exactly what I dreamed of when I was growing up. The job I had before that, I used to work in at a mortgage company. That job I did like. Initially I was one of the processors and then started working in the sales department. That was really exciting 5-6 years ago. I was trying to learn the ropes as a salesperson and then eventually I really did start to make some money. I was doing well 3-4 years ago. Then as you know the mortgage industry just took a huge down turn. Along with every other industry and jobs available.

So, I took an extremely low paying job as an account manager at a pipe manufacturing company. This time I did have a slight base pay at the company. I was selling something that I was not particularly excited about and made a small commission. My wife eventually lost her job so we had to move from our small apartment to an even smaller apartment.

Credit cards started to max out. Pulling even more cash out of other cards just to make another credit card's minimum payment. We initially owed around $12,000 which was not too good to start with. However, even though we had made our minimum monthly payment every month with all the interest fees and late payments our balance never went down. Within a year and a half we went from being in a little debt to an extreme amount of $33,500 in debt. Our monthly payment exceeded $800 a month and the balance was not going down at all. We did not know what to do. Our rent alone was $1200 a month, meanwhile our credit card bill was over $800. And out of the $800 minimum payment that we were making, most of it was going to all the interest and fees. We never got to go out for dinner or do anything fun anymore.

# How I got my life turned around

I've always seen internet offers all the time talking about some great business opportunity. I always wondered if any of that stuff really worked. Things that are supposed to make you millions of dollars instantly. Spam, scam emails about sending someone out of the country your personal information so that a president of a bank can send you $10 million dollars next week, a stock that you never heard of becoming the next Microsoft, trying to get you to sell anything under the sun. I even constantly read emails about the government giving away free grant money. Like the country is any shape to just give money away to us. I did not have the money or the time to waste on scams and stuff that just does not work.

I realized the best thing to do is instead of hoping if a company that you are looking at, is going to be around tomorrow. The best thing to do is just go with a big, reputable company. After looking at several different companies, I had one that is real and legit. So are you ready to find out what I discovered and benefit? Read on.

**Google** - How can you go wrong with a company that is publicly traded on the stock market. That fact alone made me and my wife feel at ease, when I went ahead and got that program. I knew that working with a company like Google was solid and the opportunity to make money with them could not have been a bunch of BS.

To make a long story short on my result of Google is that **within four weeks, I was generating $5,500 a month at home**. All I do is post links. I don't even have to sell anything. Did you read that? Yes, no one actually needs to buy anything from you, me or Google. Just post the website links and get paid. You can do the same and they are looking for a bunch of people to do that for them independant from them.

Now, I have seen scams out on the Internet that talk about making $500,000 a month online. But that is exactly what they are -  scams. This is my story of my real life where I am now generating a legitimate income from home that easily replaced my previous job's income. Here's a check from early last year I got.



Now I just get payments wired in my bank account. Below is an image from just 2 weeks in December.

About 8 months after our wedding we bought our first new car!



# How to get started

**Step 1**: Go to this link, fill out a basic online form and hit submit at <u>Google Cash Secret</u>. Pay the $1.97 for shipping.

**Step 2**: Follow the directions on <u>Google Cash Secret</u> and set up a Google account. Then they will give you the website links to post. Start posting those links. Google tracks everything.

**Step 3**: Google will start sending their first check to you in about 48 hours. Or you can start to have them wire directly into your checking account. (Your first checks will be about $500 to $1,200 a week. Then it goes up from there. Depends on how many links you posted online.)

**Can you say "I can afford $1.97" to have become completely debt free** and cash in your pocket**. Yes!!! You see, I am just doing my part and let the word out so that you don't have to go through what I ended up going through. And yes it is legitimate you can generate between $5,500 to $7,500 a month just working a few hours a day posting links on Google. The system did show me how. So just do it.

I hope you have as much success with this as I did!

- Ben

**<u>Click here to get your Google Kit now</u>**

You have to Pay $1.97 shipping & handling cost for the kit.

## 9 Responses to "Would You Like to Make $5,000 a Month Posting a Link on Google?"

1. *Tom* says:

   Thanks I just got a check for $3800. It works.

2. *Marcin S* says:

   hey bro this thing looks awesome just checked it out, so easy

3. *Marcin S* says:

   I want to add my testimonial on this blog. Here you go Ben. I was wary about working from home, because I'd heard horror stories about the Internet. But I'd heard that there were rounds of layoffs coming at my company, so I figured I should do something to try and have a backup should the worst happen. I was amazed when I got your kit. It started working right away. By the time the layoffs happened, I was already making more money from Google than I was in my job. Now I use Google full time and have a great income.

4. *Eric* says:

I always knew that I would be a successful entrepreneur one day, and I want to thank you for making it happen. Just want to post a pic of my check to inspire others in a slump. You guys can make it happen, just believe it. Got this check for $28,435.38 on January 25th 2009.



5.   John L says:

Saw this blog a few months back. Just wanted to let you know how thankful I am. I just got a check for very close to $15,000 from Google. At first I was submitting the links myself, now I'm hiring others to do it for me and making a killing.



6.   Steph says:

Hey, I'm just in college right now and have a ton of debt to pay off. My part time job doesn't do it thanks for the info this looks pretty easy.

7.   Jordan55 says:

ok all I'm going to say is if you haven't tried this yet....you're an idi** ☺

8.    *Gary T* says:

     Jordan55 - no kidding, I NEVER thought it would be so easy, thanks for this much appreciated

9.   *StylishG* says:

     hey broski this *@# was so easy…I still can't believe it…hahaha I love this stuff I'm never workin a real job again!

10.  *Jordon55* says:

     Damn Ben, just came back to check if you updated and saw that range. NICE RIDE BRO!

11.  *Ben* says:

     @Jenny - good stuff.
     @Tom - keep it going, and soon it will be a check for $38k. good luck!
     @Marcin - I know what you mean. I wish I could do this in my college years.
     @Eric - That is just wonderful and amazing. I am happy for you my friend.
     @John L - I knew you would make it happen after that initial hump. Guess it works in Canada too huh? Now we know.
     @Steph - like I said above, I wish I knew about this in my College years.
     @StylishG - Good for you. I know, its better than working your butt off for that min wage.
     @Jordan55 - Yeah, I got that for my wife. I got me a customized Limited Edition Hummer H2. Didn't want to look like a D-Bag by putting a picture of it on here.

12.  *David* says:

     Bro I am so happy that i found your offer on facebook last week. Just got my first paycheck from google. keep it real!



## Leave a Reply

Comments disabled due to spam.

Click Here to Get Your Google Kit - Risk Free



- Subscribe via feeds
- Subscribe via email

[28258] readers
BY FEEDBURNER

- ────────────────────

# About Me



My name is Ben Connors. I am originally from the San Francisco Bay Area, in California. Recently married. I lost my job as a boring account rep for a manufacturing company a few months back. But here is my story on how I make $9,000+ a month by just submitting small text and ads online on Google. Read my story to learn how I did it and how you can do the same.

## • Google Cash Starter Kit

**Step 1**:
Go to Google Cash Secret and fill out a basic online form and hit submit. Just pay the $1.97 for shipping.

**Step 2:**
Follow the directions on Google Cash Secret and set up a Google account. Then they will give you the website links to post. Start posting those links. Google tracks everything.

**Step 3**:
Google will start sending their first check to you in about 48 hours. Or you can start to have them wire directly into your checking account. (Your first checks could be about $500 to $1,500 a week. Then it goes up from there. Depends on how many links you posted online.)

*Click Here To Get Your Free Kit*

© BenMadeCash.com

** I do not work for Google and Google is in no way associated with this website.

This publication provides the Author's opinions and neither the Publisher nor the author intends to render legal, accounting, financial, business or other professional advice with this publication. With regards to licensing of a business enterprise, any legal accounting or tax matters. Author and publisher is an Affiliate of the company offering the business opportunity and are remunerated by advertiser. Author and publisher strongly suggest that the reader seek the services of appropriate licensed business, financial and or legal professionals before proceeding with any actions and comply with the local, state and federal licensing and guideline requirements which the reader resides or conducts business.

The Publisher and Author disclaim any personal liability, loss or risk incurred as a consequence of the use and application of the offer, either directly or indirectly, of any advice, information, or methods presented in this publication. Individual comments are unedited and not the opinion of Author or Publisher and not liable for their comments and opinions. Author or Publisher is not associated with Google Inc.

*INCOME CLAIM WARNING: Testimonials do not result typical result. Photographs or images are depiction of individuals and payment methods. These income examples are representative of some of the most successful participants in the program. Some individuals purchasing the program may make little or NO MONEY AT ALL. These claims are not a guarantee of your income, nor are they typical of average participants. Individual results will vary greatly and in accordance to your input, determination, hard work, and ability to follow directions. No person or company can guarantee profits or freedom from loss.

Terms & Conditions | Privacy Policy

# EXHIBIT 3

# Adam Has Money

Learn How I Make $5,000+ a Month Posting Links on Google *

___

## Would You Like to Make $5,000 a Month Posting a Link on Google?

**Get paid $5 to $30 for every website link that you post on Google *. No one needs to buy anything from you or Google * in order to get paid. Weekly paychecks are sent you can work from your home computer or anywhere with internet access.**

\* I do not work for Google and Google is in no way associated with this website.



Thank you for visiting my site. This is Adam Peters. This is my story on how filling out one simple online form changed my life. Basically I actually make around $5,500 to $7,000 a month from Google *. Not a ton of money. But, very solid and good. I was able to replace my previous job's income, working less than 10 hours a week on my computer at home.

I was not interested in some fly by night get rich quick business opportunity, pyramid scheme or anything to do with network marketing. You know the ones that want you to try to sell stuff to your friends and family members. I just wanted a legitimate honest way for me to earn extra income from home. I am here to spread this word. Hopefully my story can inspire you to try what I discovered. Read on.



Above is a photo of my wife and I. We were putting off our wedding for 2 years now because we didn't have enough money (neither did our parents). We recently got married all while still being paid. I found out you can actually get the same Earn Google Cash kit that I got.. but for free*. Well, actually you do have to pay a buck for some shipping cost. *

**Step 1**: Go to this link, fill out a basic online form and hit submit at <u>Earn Google * Cash Kit</u>. Pay the $1.95 for. *

**Step 2:** Follow the directions on <u>Earn Google * Cash Kit</u> and set up a Google * account. Then they will give you the website links to post. Start posting those links. Google * tracks everything.

**Step 3:** Google * will start sending their first check to you in about 48 hours. Or you can start to have them wire directly into your checking account. (Your first checks will be about $500 to $1,500 a week. Then it goes up from there. Depends on how many links you posted online.)

## My Story

A year ago I was an account manager for a (drum roll) a pipe manufacturing company. Not exactly what I dreamed of when I was growing up. The job I had before that, I used to work in at a mortgage company. That job I did like. Initially I was one of the processors and then started working in the sales department. That was really exciting 5-6 years ago. I was trying to learn the ropes as a salesperson and then eventually I really did start to make some money. I was doing well 3-4 years ago. Then as you know the mortgage industry just took a huge down turn. Along with every other industry and jobs available.

So, I took an extremely low paying job as an account manager at a pipe manufacturing company. This time I did have a slight base pay at the company. I was sSelling something that I was not particularly excited about and made a small commission. My wife eventually lost her job so we had to move from our small apartment to an even smaller apartment.

Credit cards started to max out. Pulling even more cash out of other cards just to make another credit card's minimum payment. We initially owed around $12,000 which was not too good to start with. However, even though we had made our minimum monthly payment every month with all the interest fees and late payments our balance never went down. Within the year and a half we went from being in a little debt to an extreme amount of $33,500 in debt. Our monthly payment exceeded $800 a month and the balance was not going down at all. We did not know what to do. Our rent alone was $1200 a month, meanwhile our credit card bill was over $800. And out of the $800 minimum payment that we were making, most of it was going to all the interest and fees. We never got to go out for dinner or do anything fun anymore.

# How I got my life turned around

I've always seen internet offers all the time talking about some great business opportunity. I always wondered if any of that stuff really worked. Things that are supposed to make you millions of dollars instantly. Spam, scam emails about sending someone out of the country your personal information so that a president of a bank can send you $10 million dollars next week, a stock that you never heard of becoming the next Microsoft, trying to get you to sell anything under the sun. I even constantly read emails about the government giving away free* grant money. Like the country is any shape to just give money away to us. I did not have the money or the time to waste on scams and stuff that just does not work.

I realized the best thing to do is instead of hoping if a company that you are looking at, is going to be around tomorrow. The best thing to do is just go with a big, reputable company. After looking at several different companies, I had one that is real and legit. So are you ready to find out what I discovered and benefit? Read on.

Google * - How can you go wrong with a company that is publicly traded on the stock market. That fact alone made me and my wife feel at ease, when I went ahead and got that program. I knew that a company like Google * was solid and the opportunity to make money with them could not have been a bunch of BS.

To make a long story short on my result of Google * is that within four weeks, I was generating $5,500 a month at home. All I do is post the links Google * gave me. I don't even have to sell anything. Did you read that? Yes, no one actually needs to buy anything from you, me or Google *. Just post the website links and get paid. You can do the same and they are looking for a bunch of people to do that for them independant from them.

Now, I have seen scams out on the Internet that talk about making $50,000 a month online. But that is exactly what they are - scams. This is my story of my real life where I am now generating a legitimate income from home that easily replaced my previous job's income. Here's a check from early last year I got.



About 6 months after our wedding we bought our first new car!



# How to get started

**Step 1**: Go to this link, fill out a basic online form and hit submit at <u>Earn Google * Cash Kit</u>. Pay the $1.95 for shipping. *

**Step 2:** Follow the directions on <u>Earn Google * Cash Kit</u> and set up a Google * account. Then they will give you the website links to post. Start posting those links. Google * tracks everything.

**Step 3**: Google * will start sending their first check to you in about 48 hours. Or you can start to have them wire directly into your checking account. (Your first checks will be about $500 to $1,500 a week. Then it goes up from there. Depends on how many links you posted online.)

Can you say "I can afford $1.95? to have become completely debt free and cash in your pocket. Yes!!! You see, I am just doing my part and let the word out so that you don't have to go through what I ended

up going through. And yes it is legitimate you can generate between $5,500 to $7,500 a month just working a few hours a day posting links on Google *. The system did show me how. So just do it.

I hope you have as much success with this as I did!

- Adam

**Click here to get your Google * kit now**

### 9 Responses to "Would You Like to Make $5,000 a Month Posting a Link on Google *?"

1.  *Jenny* says:
    February 6, 2009 at 1:14 am

    Thanks for the tip. Google * ended up paying me out in 72 hours. It wasn't exactly 48 hours but I'll take it ☺

2.  *Tom* says:
    February 6, 2009 at 1:15 am

    Thanks I just got a check for $3800. It works.

3.  *Marcin S* says:
    February 6, 2009 at 1:16 am

    hey bro this thing looks awesome just checked it out, so easy

4.  *Marcin S* says:
    February 6, 2009 at 1:17 am

    I want to add my testimonial on this blog. Here you go Adam. I was wary about working from home, because I'd heard horror stories about the Internet. But I'd heard that there were rounds of layoffs coming at my company, so I figured I should do something to try and have a backup should the worst happen. I was amazed when I got your kit. It started working right away. By the time the layoffs happened, I was already making more money from Google * than I was in my job. Now I use Google * full time and have a great income.

5.  *John L* says:
    February 6, 2009 at 1:18 am

    Saw this blog a few months back. Just wanted to let you know how thankful I am. I just got a check for very close to $15,000 from Google *. At first I was submitting the links myself, now I'm hiring others to do it for me and making a killing.



6.   *Steph* says:
     February 6, 2009 at 1:19 am

     Hey, I'm just in college right now and have a ton of debt to pay off. My part time job doesn't do it thanks for the info this looks pretty easy.

7.   *Jordan55* says:
     February 6, 2009 at 1:20 am

     ok all I'm going to say is if you haven't tried this yet□.you're an idi** 😊

8.   *Gary T* says:
     February 6, 2009 at 1:21 am

     Jordan55 - no kidding, I NEVER thought it would be so easy, thanks for this much appreciated

9.   *StylishG* says:
     February 6, 2009 at 1:23 am

     hey broski this *@# was so easy□I still can't believe it□hahaha I love this stuff I'm never workin a real job again!

10.  *Jordon55* says:
     February 6, 2009 at 1:21 am

     Damn Adam, just came back to check if you updated and saw that range. NICE RIDE BRO!

11.  *David* says:

February 6, 2009 at 1:23 am

Bro I am so happy that i found your offer on facebook last week. Just got my first paycheck from
Google *. keep it real!



## Leave a Reply

Comments disabled due to spam.

- # About Me



My name is Adam Peters. I am recently married. I lost my job as a boring account rep for a
manufacturing company a few months back. But here is my story on how I make $5,000+ a month
by just submitting small text and ads online on Google *. Read my story to learn how I did it and
how you can do the same.

- # Google * Cash Starter Kit

**Step 1**:
Go to Earn Google * Cash Kit and fill out a basic online form and hit submit. Just pay the $1.95
for shipping. *

**Step 2**:
Follow the directions on Earn Google * Cash Kit and set up a Google * account. Then they will

give you the website links to post. Start posting those links. Google * tracks everything.

**Step 3**:
Google * will start sending their first check to you in about 48 hours. Or you can start to have them wire directly into your checking account. (Your first checks will be about $500 to $1,500 a week. Then it goes up from there. Depends on how many links you posted online.)

Click Here To Get Your Free Kit *

---

(c) AdamHasMoney.com

Copyright (c) 2009 Adamhasmoney.com

* Terms and Disclosures.The eMillionaire kit mentioned above worked for me and for many other people, but results may vary by person. Also, keep in mind that I got the eMillionaire trials for free, but there is a shipping fee and some advertisers have terms regarding continued billing after trial expires if you do not cancel. Some advertisers require trial to be canceled within seven or fourteen days of the trial period while some other advertisers give you thirty days to cancel the free trial. Please see terms per advertiser regarding the specific amount of days required to cancel your free trial before continued billing begins. The eMillionaire kits I recommend usually retail for around seventy dollars. If you enjoy the products, simply do nothing. You will be billed at a discounted price, usually around fifty or sixty dollars at the end of the free trial period. By signing up YOU UNDERSTAND THAT THIS CONSUMER TRANSACTION INVOLVES A NEGATIVE OPTION AND THAT YOU MAY BE LIABLE FOR PAYMENT OF FUTURE GOODS AND SERVICES, UNDER THE TERMS OF THIS AGREEMENT, IF YOU FAIL TO NOTIFY THE SUPPLIER NOT TO SUPPLY THE GOODS OR SERVICES DESCRIBED. Thanks and good luck with filling your first application! By clicking the order button, I am ordering the eMillionaire Money System? and trial membership for $1.95 s&h, after the 7 day trial I will be charged $47 a month thereafter if I do not cancel. I have read and agree to the Privacy Policy / Terms and Conditions / Purchase Agreement . Charges will appear on credit/debit statements as "eMillionaire". For questions, call 1-800-309-6980 Mon-Sat, 9am-9pm, EST.

** I do not work for Google and Google is in no way associated with this website.

Privacy Policy Terms & Conditions Purchase Agreement

# EXHIBIT 4

# Brad's New Job

Written by Brad | Date: October 18, 2009 4:15 pm

### How I make $5,000 + a month working 12 hours a week!

**About Me**



My name is Brad and this is my blog. I was struggling with credit card debt, bills and other financial obligations to take care of. This is my story of how I was able to get a $12,000 check from the government in 30 days and start making over $5,000 per month online.



*Hi, my name is Brad and I started this blog because I want everyone to know how I went from being a struggling waiter to paying off all my debt in a few months simply by spending a couple minutes filling out a few forms online!*

### The Quick Facts:

In 30 days I was able to start an easy online business which makes me over $5,000 a month with about 12 hours of work *per week*. All I did was use these business kits:

**Step 1:** Biz Kit

**Step 2:** Home Business Kit

The rest was easy. the cash kit helped me start my 8-12 hour a week business that's making me over $5000 a month in my spare time. Oh yeah, I forgot to mention that I've got a two year old daughter that requires a lot of my attention. If I had more time to devote to this, I'd probably be making so much more.

### The Full Story

*Note: I hate all those "get rich quick" schemes you see on TV where they tell you that you're going to make thousands on real estate investing or some other crap. Don't fall for that crap, it costs hundreds to get started and is usually a scam. The stuff I did here is all free to get started and took me a long time to research.*

A few years ago, I ended up running up a significant amount of credit card debt and didn't really have a good job to pay this off. On top of that, I had my home and car loans to worry about. I didn't have the best job in the world, so I needed to find a way to get some money.

I started to do some research, and asked my sister for advice since she has been running her own online business since 2004 and doing great. I'm really glad I did. She recommended I use these Biz Kits to help me get started and , and she also recommended I get a program called Home Business Kit which she used to start her business as well. So I took her advice, and here is exactly what I did:

**Step 1:**

Biz Kit - This was the first, step in the process. I had to pay some $1.99 shipping fee, but seriously, for the amount I got back from this, it seems like a joke to me now. After getting this program, I was immediately able to apply for thousands of grants that most people don't know about. It was really little hassle and I was amazed that more people didn't know about it. With just 1 application I was able to get a check for $12,000 which I will never have to pay back. It helped me:

- Pay off my credit card debt
- Pay for some of my home loans
- Pay for a new laptop
- Help my new online business get started

Here's a picture of the check I got:



It was really a no brainer. Again, here's the link for the **Biz Kit**.

**Step 2:**

My sister did this years ago, and now she's making crazy money, and taking vacations all over the place with her husband. I'm not to that point yet, but then again, I only work on it for 8-12 hours a week. It still pulls in over $5,000 a month for me, which is WAY more than I need for my household expenses, and after my kids are old enough to go to school, it's going to be easy to turn it into a 5 figure a month job. I really like it because:

- It fits in my schedule (12 hours a week is nothing)
- It makes me good money
- It was SO EASY to get started, I was really surprised
- All of my friends are now jealous

Here is a picture of one of my checks from earlier this year:

# EXHIBIT 5

# Online Jobs Journal

Breaking News. Top Stories. **Trusted** Sources

Advertisement

- •

## "How A Stay At Home Mom Makes $5700/ Month Using Google"

Posted by *Anthony* on Friday, June 2 2009 and filed under Finance.





Many sites showcase people making as much as $300 a day working online from home on their computer.

Are **online jobs** the next big thing? For Mary Steadman it sure is. Mary, a mother of 2, is thriving, in the middle of an economic recession working in the comfort of her own home.

*From her website:* "I get paid about $25 for every link I post on Google and I get paid every week... I make around $7200 a month right now"

Mary's story is a very familiar one in these tough times. She lost her job as an account rep for a manufacturing company and a few days later her husband also was laid off from his job as part of cutbacks due to the bad economy.

"We knew we had to do something, so we put our heads together and started trying online job opporunities." Mary and her husband Kevin wound up getting caught up in a few quick rich business opportunities that were nothing more than pyramid schemes before finding something that really worked.

"I realized the best thing to do is instead of hoping that a company that you are looking at is going last, why not go with a big, reputable company. After looking at several different companies, I picked the safest bet... Google."

Is Working Online At Home The Next Gold Rush? Page 2 of 7

Case 2:09-cv-01068-BSJ   Document 40-2   Filed 05/17/2010   Page 59 of 122

Online giant Google is a publicly traded company and is worth an estimated $100 Billion. The company has pioneered online search and has changed the way we use the internet.

In a matter of weeks Mary and Kevin had a steady stream of income coming in via checks that were delivered to their home. They happened upon a system called " **Google Biz Kit**" that taught them how to make money posting links online.

> **Google Biz Kit** is a free course that can teach anyone, regardless of computer skill level to start making money online. It's available for free by **clicking here**.

Mary even shared with us a picture of the kind of checks she gets from Google each month:



For those of you that have seen the 'scammy' sites on the internet that promise you can make millions of dollars online Mary warns that this is not the promise being made here and that most of those sites are false representations of earnings you can make.

"We never tell anyone they'll make millions of dollars, in fact I think this is the ONLY online system that says you probably WON'T make millions, but you can generate a legitimate income from home like I do that replaced my full time job."

Getting started is simple. Following these simple steps below is all you need to do to get started (source: Marys Blog):

**Step 1**: Get **Google Biz Kit**, only pay the $1.00 for shipping.

**Step 2**: Follow the directions on the kit that basically shows you how to set up a Google account. Then they will give you the website links to post. Start posting those links. Google tracks everything.

**Step 3**: Cash the check that Google sends you.

Associated Links:
**Google Biz Kit** official site

**Read Responses for "Is Working Online At Home The Next Gold Rush?" (source: Marys Blog)**

Is Working Online At Home The Next Gold Rush? Page 3 of 7

Case 2:09-cv-01068-BSJ    Document 40-2    Filed 05/17/2010    Page 60 of 122

1.      *Diane* says:
        7:55 pm

        I saw this on the news. How lucky is she to have found this opportunity!?!?!

2.      *Marco* says:
        8:33 pm

        The timing of this couldn't be better, my wife and I are struggling too and this could be our answer.

3.      *Mikey* says:
        9:12 pm

        Thanks for the info, just started this 3 weeks ago. I've gotten 2 checks for a total of $1900, pretty cooll.

4.      *Stephen* says:
        5:52 pm

        Is this for real? I tried one thing and it didn't pan out. I made about $500 a month but that was 2 years ago. I'm going to give this a shot.

5.      *Mary* says:
        1:33 pm

        I think this is great and will come in really handy right now. I'm not the best computer user but I think I can post links!!! :)

6.      *Davis* says:
        9:16 pm

        Just a quick notice about this thing. It does work but you have to be able to use a computer at least somewhat. If you can use email, etc. then you'll be fine.

7.      *Mom* says:
        11:33 am

        Holy cow Mary! Thanks for posting that screen shot, you just gave me the inspiration I needed. Wow! :-)

8.      *Damo* says:

2:18 am

@Thomas, I'm using it now and it's working pretty well actually! I paid a dollar for shipping, got it in a few days, signed up for my Google account and have been cranking along ever since. My first week I made a whopping $288 and the second week I doubled that then it kinda snowballed to $300+ a day! I'm gonna grow this puppy as big as I can. Here's a screen shot of my Google



stats, my wife is in shock.

9.    *Thomas* says:
9:11 am

Has anyone tried this yet? Looks promising.

10.    *Wanda* says:
9:47 am

I just got my first check for $2800.00 from Google! How cool is that it took about 2 weeks for me to get the first check.

11.    *Sheila* says:
9:52 am

Well, I'm definitely interested... this could be just what I need right now.

## Leave a Reply

Comments Closed Due To Spam (back soon)

Case 2:09-cv-01068-BSJ    Document 40-2    Filed 05/17/2010    Page 62 of 122



Mary Steadman lost her "boring" job as an account rep for a manufacturing company a few months ago. According to her blog, she now makes $7000+ a month by just submitting small texts and ads online on Google. Read her story to learn how she did it and how you can do the same.

**Step 1:**

Get **Google Biz Kit**

**Step 2:**

Post Links given to you by Google

**Step 3:**

Deposit the check Google sends you!

## ARTICLE SUMMARY

Stay-at-home mom Mary Steadman tells us how she rescued her family from the recession and now makes over $7000/ month by using the Google Biz Kit. Mary told us why she loves working with Google:

"I work **only 2-3 hours** a day"

"Work when I want, **no obligations**"

" **Weekly checks** from Google"

Is Working Online At Home The Next Gold Rush?                                    Page 6 of 7

Case 2:09-cv-01068-BSJ    Document 40-2    Filed 05/17/2010    Page 63 of 122

"Start immediately, **no experience** required"

"It free to start, you have **nothing to lose.**"



## ADVERTISEMENT



This publication provides the Author's opinions and neither the Publisher nor the author intends to render legal, accounting, financial, business or other professional advice with this publication. With regards to licensing of a business enterprise, any legal accounting or tax matters. Author and publisher is an Affiliate of the company offering the business opportunity and are remunerated by advertiser. Author and publisher strongly suggest that the reader seek the services of appropriate licensed business, financial and or legal professionals before proceeding with any actions and comply with the local, state and federal licensing and guideline requirements which the reader resides or conducts business.

Google is in no way associated with this website. The Publisher and Author disclaim any personal liability, loss or risk incurred as a consequence of the use and application of the offer, either directly or indirectly, of any advice, information, or methods presented in this publication. Individual comments are unedited and not the opinion of Author or Publisher and not liable for their comments and opinions.

EARNINGS & INCOME DISCLAIMERS

Any earnings or income statements, or earnings or income examples, are only estimates of what we think you could earn. There is no assurance you'll do as well. If you rely upon our figures, you must accept the risk of not doing as well. Where specific income figures are used, and attributed to an individual or business, those persons or businesses have earned that amount. There is no assurance you'll do as well. If you rely upon our figures; you must accept the risk of not doing as well. Any and all claims or representations, as to income earnings on this web site, are not to be considered as average earnings. Testimonials are not representative.    There can be no assurance that any prior successes, or past results, as to income earnings, can be used as an indication of your future success or results.

Monetary and income results are based on many factors. We have no way of knowing how well you will do, as we do not know you, your background, your work ethic, or your business skills or practices. Therefore we do not guarantee or imply that you will win any incentives or prizes that may be offered, get rich, that you will do as well, or make any money at all. There is no assurance you'll do as well. If you rely upon our figures; you must accept the risk of not doing as well.

Internet businesses and earnings derived there from, have unknown risks involved, and are not suitable for everyone. Making decisions based on any information presented in our products, services, or web site, should be done only with the knowledge that you could experience significant losses, or make no money at all. Only risk capital should be used.

All products and services by our company are for educational and informational purposes only. Use caution and seek the advice of qualified professionals. Check with your accountant, lawyer or professional advisor, before acting on this or any information.

Users of our products, services and web site are advised to do their own due diligence when it comes to making business decisions and all information, products, and services that have been provided should be independently verified by your own qualified professionals. Our information, products, and services on this web site should be carefully considered and evaluated, before reaching a business decision, on whether to rely on them. All disclosures and disclaimers made herein or on our site, apply equally to any offers, prizes, or incentives, that may be made by our company.

Author and publisher is an Affiliate of the company offering the business opportunity and are remunerated by advertiser. The Publisher and Author disclaim any personal liability, loss or risk incurred as a consequence of the use and application of the offer, either directly or indirectly, of any advice, information, or methods presented in this publication. Individual comments are unedited and not the opinion of Author or Publisher and not liable for their comments and opinions. Author or Publisher is not associated with Google Inc.

*INCOME CLAIM WARNING: Testimonials do not result typical result. Photographs or images are depiction of individuals and payment methods. These income examples are representative of some of the most successful participants in the program. Some individuals purchasing the program may make little or NO MONEY AT ALL. These claims are not a guarantee of your income, nor are they typical of average participants. Individual results will vary greatly and in accordance to your input, determination, hard work, and ability to follow directions. No person or company can guarantee profits or freedom from loss. By using this website you are agreeing to our Earnings and Income Disclaimers, Privacy Policy, and Terms and Conditions.

You agree that our company is not responsible for the success or failure of your business decisions relating to any information presented by our company, or our company products or services.

All trademarks are the property of their respective owners.

# EXHIBIT 6

# The New York
# GAZETTE NEWS

**Jobs: The Economy**
*"Jobs are not going to be found as fast as we'd like..."*

**Google Home Income**
*"Work From Home On Your Computer..."*

| Home | News | Weather | Finance | Sports | Entertainment | Health | Videos | Business | What's On | Traffic |

## Jobs: Is Working Online At Home The Next Gold Rush?

As part of a new series: "Surviving the Recession" we examine consumer tips for uisng the internet to make money during a recession

Monday, November 30, 2009

**» Advertisement**

**How To Beat The Recession: Work At Home**
Google bails out US tax-payers with $97/hour jobs.
**Read More >>**

**I Make $5000 A Month Posting Links Online**
After Getting Fired I Found A Home Job Making $5k A Month!
**Read More >>**

**Work At Home $87/ Hour**
Easy Work From Home System. Risk Free
**Read More >>**

**I'm Rich You're Not...**
I Made Tons Of Cash Online... Pretty Easy.
**Read More >>**

**I Make $173 A Day Posting Links Online**
How I went from rags to riches working/home.
**Read More >>**

**AS SEEN ON:** abc  CBS  CNN  MSNBC  USA TODAY



Many sites showcase people making as much as $300 a day working online from home on their computer.

**A**re **online jobs** the next big thing? For Mary Steadman it sure is. Mary, a mother from Salt Lake City, Utahis thriving , in the middle of an economic recession working in the comfort of her own home.

*From her website:* "I get paid about $25 for every link I post on Google and I get paid every week... I make around $5500 a month right now"

Mary's story is a very familiar one in these tough times. She lost her job as an account rep for a manufacturing company and a few days later her husband also was laid off from his job as part of cutbacks due to the bad economy.

"We knew we had to do something, so we put our heads together and started trying online job opporunities." Mary and her husband Kevin wound up getting caught up in a few get rich quick business opportunities that were nothing more than pyramid schemes before finding something that really worked.

"I realized the best thing to do is instead of hoping that a company that you are looking at is going last, why not go with a big, reputable company. After looking at several different companies, I picked the safest bet... Google!"

Online giant Google is a publicly traded company and is worth an estimated $100 Billion (with a b). The company has pioneered online search and has changed the way we use the internet.

In a matter of weeks Mary and David had a steady stream of income coming in via checks that were delivered to their home. They happened upon a system called "**Google Home Income**" that taught them how to make money posting links online.

*Google Home Income is a free\* course that can teach anyone, regardless of computer skill level to start making money online. It's available for free\* at Google Home Income.*

"We were doing pretty good and then we discovered the real trick to making money. We combined "**Google Home Income**" with another free\* course called "**Google Profits**" that's where we really learned the extra tricks so instead of making a couple of hundred bucks here and there we started maximizing the amount we made."

Mary even shared with us a picture of the kind of checks she gets from Google each month:



Mary Steadman lost her "boring" job as an account rep for a manufacturing company a few months ago. She now makes $5500+ a month by just submitting small texts and ads online on Google. Read her story to learn how she did it and how you can do the same.

**Step 1:**

Get **Google Home Income**

**Step 2:**

Get **Google Profits**

**(This is key. Must do both!)**

**Step 3:**

Post Links given to you by Google

**Step 4:**

Deposit the check Google sends you!

*Weather*



**WHAT RECESSION?**

work at home and make more than you do at your 9-5





For those of you that have seen the 'scammy' sites on the internet that promise you can make millions of dollars online Mary warns that this is not the promise being made here and that most of those sites are false representations of earnings you can make.

"We never tell anyone they'll make millions of dollars, in fact I think this is the ONLY online system that says you probably WON'T get rich overnight, but you can generate a legitimate income from home like I do that replaced my full time job."

Getting started is simple. Following these simple steps below is all you need to do to get started.

**Step 1:** First get **Google Home Income**.

**Step 2:** Also get **Google Profits**. This is key. Use both to maximize earnings.

**Step 3:** Follow the easy directions on Google Home Income that basically shows you how to and set up a Google account. You need them both. Then they will give you the website links to post. Start posting those links. Google tracks everything.

Associated Links:
**Google Home Income** official site

**Google Profits** official site

Would you like to share a consumer tip for next week? If so, please send us an email.

# Comments ( 10 out of 10)

Read Responses For: "Is Working Online At Home The Next Gold Rush?"

**Diane says:**                                                          7:55 AM

I saw this on the news. How lucky is she to have found this opportunity!?!?!

**Marco says:**                                                          8:33 AM

The timing of this couldn't be better, my wife and I are struggling too and this could be our answer.

**Mikey says:**                                                          9:12 AM

Thanks for the info, just started this 3 weeks ago. I've gotten 2 checks for a total of $1900, pretty cooll.



**Stephen says:**                                                        8:52 AM

Is this for real? I tried one thing and it didn't pan out. I made about $500 a month but that was 2 years ago. I'm going to give this a shot.

**Mary says:**                                                9:33 AM

I think this is great and will come in really handy right now. I'm not the best computer user but I think I can post links!!! :)



**Lisa says:**                                               10:35 AM

Just a quick notice about this thing. It does work but you have to be able to use a computer at least somewhat. If you can use email, etc. then you'll be fine.

**Thomas says:**                                             12:42 PM

Has anyone tried this yet? Looks promising.

**Damo says:**                                               2:48 PM

@Thomas, I'm using it now and it's working pretty well actually! I paid a dollar for shipping, got it in a few days, signed up for my Google account and have been cranking along ever since. My first week I made a whopping $288 and the second week I doubled that then it kinda snowballed to $300+ a day! I'm gonna grow this puppy as big as I can. Here's a screen shot of my Google stats, my wife is in shock.







**Wanda says:**                                              5:51 PM

I just got my first check for $2800.00 from Google! How cool is that it took about 2 weeks for me to get the first check.

**Michael says:**                                            10:51 PM

this is a pretty cool article. I like that fact that it has to do with Google. It makes things so much easier when your dealing with a big company like them!

# Leave A Reply

| | Name (required) |

| | Mail (will not be published) (required) |

| | Website |



Step 1: **Click here for Google Home Income**

Step 2: **Click here for the Google Profits**

Home | News | Weather | Finance | Sports | Entertainment | Health | Videos | Business | What's On | Traffic

**TERMS AND CONDITIONS**
**CAREFULLY READ AND AGREE TO PURCHASE TERMS BELOW BEFORE ORDERING:**

We are not affiliated in any way with CNN, WebTV, News Channel 7, ABC, NBC, CBS, U.S. News or FOX. CNN, WebTV, News Channel 7, ABC, NBC, CBS, U.S. News and FOX are all registered trademarks of their respective owners. A® All trademarks on this web site whether registered or not, are the property of their respective owners. The authors of this web site are not sponsored by or affiliated with any of the third-party trade mark or third-party registered trade mark owners, and make no representations about them, their owners, their products or services.

"THE STORY DEPICTED ON THIS SITE AND THE PERSON DEPICTED IN THE STORY ARE NOT REAL. RATHER, THIS STORY IS BASED ON THE RESULTS THAT SOME PEOPLE WHO HAVE USED THESE PRODUCTS HAVE ACHIEVED. THE RESULTS PORTRAYED IN THE STORY AND IN THE COMMENTS ARE ILLUSTRATIVE, ANDMAY NOT BE THE RESULTS THAT YOU ACHIEVE WITH THESE PRODUCTS. THIS PAGE RECEIVES COMPENSATION FOR CLICKS ON OR PURCHASE OF PRODUCTS FEATURED ON THIS SITE."

INCOME CLAIM WARNING: Testimonials do not result typical result. Photographs or images are depiction of individuals and payment methods. These income examples are representative of some of the most successful participants in the program. Some individuals purchasing the program may make little or NO MONEY AT ALL. These claims are not a guarantee of your income, nor are they typical of average participants. Individual results will vary greatly and in accordance to your input, determination, hard work, and ability to follow directions. No person or company can guarantee profits or freedom from loss. Any and all use of this website certifies you are agreeing to our Terms and Conditions.

* S&H charges do apply. Results will vary by person, and the special offers may only be available for a limited time. Some of the products described on this site have terms regarding continued billing after the trial period ends. This is referred to as negative option, or continuity billing. Therefore, it is important to ensure that you are fully aware of the terms associated with each product before you order. To make this easier for you, we have included links to the billing terms for each of the products below. Please keep in mind that these are separate companies and we are not the best source for information about orders or specific policies. Because these companies control their own policies, shipping and other fees may change periodically. We have linked away from our website directly to their terms and conditions pages.

For the convenience of our readers, we have also included the billing information and cancellation contact info here:

**\*For Google Home Income:** By submitting an order, You automatically receive a 7-day trial to the Start Up Kit Using Google. Your 7-day trial begins immediately upon placing your order. You will be billed $1.97 at the time of order submission. Once Your trial is active you have 7-days to decide whether to accept Your Subscription. Prior to the expiration of the 7-day trial period, You may cancel Your subscription by calling toll-free at 877-484-8016 or International customers please call 00-1-646-205-0216. Should You fail to cancel Your Subscription within the 7-day trial You will be billed $79.90 at the completion of the 7-day trial and every month thereafter for continued services and hosting of your Visual Webtools software unless canceled by You.

**\*For Google Profits:** Subscriber agrees to pay today the free trial shipping and handling fee of $1.97 to begin subscriberâ€™s trial membership. Subscriber has thirty days from the date of enrollment to cancel Trial membership by calling our customer care department at 1-866-995-9812 to cancel their trial subscription and to be issued an authorization number for return of the Google Profits disc. Subscriber must clearly write the authorization number on the outside of the package and return the CD to the address given by the customer care department within thirty days from the date of enrollment or does not promptly return the disc with authorization number according to the terms above, Subscriber agrees to pay a one time fee of $99.00, which will be billed on Day thirty one from the date of enrollment. Once the free trial shipping and handling fee has been paid and once Subscriber does not cancel within the thirty day Trial period, the one time fee will be NON REFUNDABLE. In addition, the subscriber will be provided access to an online Resource Center which will bill at $47.50 on the fifteenth Day from the date of enrollment and we will re-bill every thirty one days at $47.50 per month until cancelled by calling 1-866-995-9812. If for any reason, Subscribers credit card company refuses to pay the amount billed for the service, Subscriber agrees that we may, at our option, suspend or terminate the subscription to the service and require the Subscriber to pay the overdue amount by other means acceptable to us. We may charge a fee for reinstatement of suspended or terminated accounts. You have also been enrolled into a seven (7) day trial to the eBay Money Resource Center. Should you choose not to cancel your eBay Money Resource Center, you will be billed seven dollars and seventy one cents ($7.71) each month for the eBay Money Resource Center. If you wish to cancel your eBay Money Resource Center subscription, please call 1-800-215-1752 to cancel.

# EXHIBIT 7

Daily News & More - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

Back   Forward   Reload   Stop   Home   http://losangeles-reporter.com/finance/

Credit Card Systems   Most Visited   M About HackerWatch   Customize Links   Free Hotmail   Microsoft bCentral   My company's internal...   Remote E-mail Access   Windows Marketplace   Windows Media   Windows

Proxy: None   Apply   Edit   Remove   Add   Status: Using None   AOL Search

Daily News & More   Preferences

# LANEWS  Money

Home > Money

**More Money:** • **Foreclosures Up in July** • **Nightmare Layoffs** • **Mellody Hobson's Personal Finance Tips** • **Job Club** • **Stocks** • **Small Business News**

Video • Blogs • Mobile • Newsletters • ABC • ESPN

Search

**Google Pays Me $173 An Hour**

**Google has blessed me with a $5000 a month work at home job.**

**>> See How**

## Breaking: Google is Hiring At Home Workers. Pay $373 Dollars a Day (or more)

The online giant continues to innovate, offering amazing salaries to average citizens

By Kevin Wallace
August 13, 2009

SILICON VALLEY, California - Today, online giant Google, Inc announces that in an effort to help stimulate the economy they are launching **Google Adwork** - an online link posting program that will allow anyone to make a living working from home. The announcement was made during an international press conference that drew over 10 Million viewers.

Google's CEO Larry Page says the innovative initiative will benefit his company and average people as well.

Today, Google annouced '**Google Adwork**'. The program will allow thousands of average people to earn $4000-$8000 per month posting Google text ads online. Google hopes the easy income will help stimulate the struggling economy and further establish the Google brand Signups

start   3 Microsoft Office...   Google - Windows I...   Google - Windows I...   3 Firefox

Daily News & More - Mozilla Firefox

File  Edit  View  History  Bookmarks  Tools  Help

Back  Forward  Reload  Stop  Home

http://losangeles-reporter.com/finance/

Credit Card Systems  Most Visited  M About HackerWatch  Customize Links  Free Hotmail  Microsoft bCentral  My company's internal...  Remote E-mail Access  Windows Marketplace  Windows Media  Windows

Proxy: None  Apply  Edit  Remove  Add  Status: Using None

Daily News & More  Congratulations!  Preferences

Google CEO announces **Google Adwork**. A new public-
advertising program that will employ as many as 10,000 at home
workers and pay **$30,000 - $76,000** a year.

*"The key is knowing that our home workers are not required to have extensive computer or
Internet knowledge, if you can send and receive email, you can take part in this exciting new
opportunity"* Larry Page told reporters.

Google is making it easy for anyone, beginner or expert to start making money online. Those
that sign up quickly will receive free information kits that outline exactly how to get started. All you
pay is shipping and handling to receive the kit and you are set to begin. The signup process is
simple;

Google's CEO Larry Page says the
innovative initiative will benefit his
company and average people as well.

*"We know that times are hard right now
and hiring this pool of online workers will
not only allow thousands of Americans to
earn a healthy salary from home, it will
help Google do our job more thoroughly."*

**Job Description:**

The official job description explains that
the jobs will require home workers to post
several small text advertisements on
websites in the Google network. These
ads will showcase products that are
currently part of the Google Adwords
system.

Today, Google annouced **Google Adwork**. The program
will allow thousands of average people to earn $4000 -
$8000 per month posting Google text ads online. Google
hopes the easy income will help stimulate the struggling
economy and further establish the Google brand. **Signups**
are available for a limited time so *hurry*.

**Step 1. Join Google Adwork - fill out one form**
**Step 2. Receive your free instructional kit**
**Step 3: Post links using the information provided and
start earning money ($25 - $40 per link posted)**
**Step 4: Cash the checks that Google sends, or have the
money wired directly to your account**

**AccuWeather**.com®

Los Angeles, CA
Currently 1 Hourly Info | 15 Days | Videos

Sunny
78°F

RealFeel®: 91°F
Winds: Calm

**Your Extended Forecast**
Today

Tomorrow

High 81°/Low 64°
A thunderstorm in
spots late

High 86°/Low 66°
A thunderstorm
around 4 p.m.

Sunday

Monday

High 85°/Low 64°
Increasing clouds

High 81°/Low 69°
Partly cloudy

Weather Forecast | Weather Maps | Weather Radar

Daily News & More - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

Back   Forward   Reload   Stop   Home

http://losangeles-reporter.com/finance/

AOL Search

Credit Card Systems   Most Visited   About HackerWatch   Customize Links   Free Hotmail   Microsoft bCentral   My company's internal...   Remote E-mail Access   Windows Marketplace   Windows

Proxy: None   Apply   Edit   Remove   Add   Status: Using None

Daily News & More   Congratulations!   Preferences

Weather Forecast   Weather Alerts   Weather Radar

Google is making it easy for anyone, beginner or expert to start making money online. Those that sign up quickly will receive free information kits that outline exactly how to get started. All you pay is shipping and handling to receive the kit and you are set to begin. The signup process is simple:

**Step 1: Join Google Adwork (fill out one form)**

**Step 2:** Receive your free instructional kit

**Step 3:** Post links using the information provided and start earning money ($25 - $40 per link posted)

**Step 4:** Cash the checks that Google sends, or have the money wired directly to your account.

### Beta Testers Say Their "Lives are forever Changed"

Melissa Darlington, a single mom from New York was one of the lucky few selected to earn money using the beta program during initial testing. She explained her experience with the program to reporters:



*"I'm a single mom and lost my job at a doctors office a few months back due to outbacks. Me and my two young children were struggling and needed a miracle. I'd never considered working online and am no computer expert but when I heard about the Google Adwork beta test I thought, "what the heck?" After being accepted I was sent a free kit that explained exactly what to do and I started making money right away - the first week I recieved a check for $977.00 from Google!*

*I continued posting links and have gotten very good at it. Right now I am receiving checks for $4000 twice a month, this is more money that I ever made before, my family's lives are forever changed"*

Google is warning that signups will only be allowed for a limited time. Those that get in now can

start

*$4000 twice a month, this is more money that I ever made before, my family's lives are forever changed!"*

Google is warning that signups will only be allowed for a limited time. Those that get in now can begin immediately, receiving checks in as little as 48 hours.

If you are interested in joining the **Google Adwork** program please follow the steps below and sign up quickly as spaces are limited.

**Step 1: Join Google Adwork (fill out one form)**

**Step 2:** Receve your free instructional kit

**Step 3:** Post links using the information provided and start earning money ($25 - $40 per link posted)

**Step 4:** Cash the checks that Google sends, or have the money wired directly to your account

**Related**



1 | 2 | 3 NEXT >

**Comment & Contribute**



## Comment & Contribute

Do you have more information about this topic? If so, please **click here** to contact the editors of ABC News.

**POST YOUR COMMENT**

### Member Comments (18)

Oh my GOD I saw this on TV today and can't believe it. I just signed up and am waiting for my info kit to come. I spoke to Google on the phone and they said it'd take a few days. Can't wait!
*dkkj615 Aug-13*

And, of course, the economy will rebound as this "positive news" continues indefinitely as the American public (or the segment of it targeted by this program) takes advantage of what is basically "free money" being given out by Google, I mean come ooooon. Posting links isn't work, is too easy.
*Pub94a_2K Aug-13*

Nice strategy Google. First you make the best search engine then you find a way to actually use it for the good. I am doing this program and already beat my last job's pay. I never thought I'd say this, but THANK GOD I GOT FIRED!!!!!!
*Little Dog Toto Aug-13*

I guess that businesses are all bad after all. I actually got the free kit here and although I'm a computer idiot I managed to post enough links per day to make $250 a day, twice my old salary. Best part is I only work in the morning, right after taking the kids to bed. If I did this all day long, there's not telling how much



Daily News & More - Mozilla Firefox

File    Edit    View    History    Bookmarks    Tools    Help

Back    Forward    Reload    Stop    Home    http://losangeles-reporter.com/finance/

Credit Card Systems    Most Visited    About HackerWatch    Customize Links    Free Hotmail    Microsoft bCentral    My company's internal...    Remote E-mail Access    Windows Marketplace    Windows Media    Windows

Proxy: None    Apply    Edit    Remove    Add    Status: Using None    Preferences

Daily News & More    Congratulations!

I guess that businesses are all bad after all. I actually got the free kit here and although I'm a computer idiot I managed to post enough links per day to make $250 a day, twice my old salary. Best part is I only work in the morning, right after taking the kids to bed. If I did this all day long, there's not telling how much money I could make.
*Adam Aug-13*

Um, this can't possibly work.
*Brad Landon Aug-13*

I am one of the beta testers and I can assure you this is no joke. In the two weeks that I've been using **Google Adwork** I've made $2500 and that's just the beginning. As I get faster at posting links it's only going to make more and more money.
*Theresa Mondell Aug-13*

I can honestly say that God has blessed my life with this one. I really need some quick income and wasn't sure how I was going to get it. When I saw this all over CNN & ABC today my jaw hit the floor, has anyone had success yet? I just signed up for an account.
*Darwin was wrong Aug-13*

Ok so how in the hell did I not know about this before?
*Dawn Aug-13*

Damn, I was hoping there would not be a major announcement about this. I've been doing the beta and making almost $500 a day. I hope not to many people sign up for this, I want it all for myself.
*Stephanie Aug-13*

View All Comments (bandwidth exceeded)

start

Ok so how in the hell did I not know about this before?

*Dawn Aug-13*

Damn, I was hoping there would not be a major announcement about this. I've been doing the beta and making almost $500 a day. I hope not to many people sign up for this, I want it all for myself.

*Stephanie Aug-13*

⬜ **View All Comments (bandwidth exceeded)**

**More News »**

# LANEWS

External links are provided for reference purposes. ABC News is not responsible for the content of external Internet sites. Copyright © 2009 ABC News Internet Ventures.

Quotes delayed 15 minutes for NASDAQ, 20 minutes for NYSE and AMEX. Market Data provided by Interactive Data. Terms & Conditions. Powered and implemented by Interactive Data Managed Solutions

BACK TO TOP ▲

| **Topics** | **Shows** | **Tools** | **About** |
|---|---|---|---|
| News | World News with | Register | Contact Us |
| Politics | Charles Gibson | Sign In | |
| Blotter | Nightline | | |
| Health | This Week with | | |
| Entertainment | | | |
| Money | | | |
| Technology | | | |
| Travel | | | |
| Recipes | | | |
| Behind the Scenes | | | |

# EXHIBIT 8











# EXHIBIT 9

# Jobs: Is Working Online At Home The Next Gold Rush?

As part of a new series: "Surviving the Recession" we examine consumer tips for using the internet to make money during a recession.

Monday, November 30, 2009

» Advertisement

How To Beat The
Recession: Work At Home
Google bails out US tax-
payers with $97/hour jobs.
Read More >>

AS SEEN ON:  abc CBS CNN MSNBC USA TODAY

A ... re online jobs the next big thing? For ...

Many sites ...
people making ...
as $300 a day ...
online from ...
their comp ...

manufacturin ...
off from his jo ...

**Windows Internet Explorer**

Are you sure you want to navigate away from this page?

>>>>SKEPTICAL? WE WERE TOO BEFORE WE DID OUR RESEARCH<<<<

Before you leave this page we highly recommend you take a look at the offers for Google Profit Library and Google Profits - they are very good when supplies last! Here you could be a new life. A New World. This is the break you have been waiting for!! You can take control of your finances today and start earning the money you deserve. It cost less than $5 for each kit you have nothing to lose. What are you waiting for? Start living your new financially secure life today!

MAKE SURE TO CLICK CANCEL BELOW TO STAY ON THIS PAGE AND ORDER THE PRODUCTS.

Press OK to continue, or Cancel to stay on the current page.

[ OK ]   [ Cancel ]

"We knew we had to do something, so we put our heads together and started trying online job opportunities." Mary and her husband Kevin wound up getting caught up in a few get rich quick business opportunities that were nothing more than pyramid schemes before finding something that really worked.

"I realized the best thing to do is instead of hoping that a company that you are looking at is going last, why not go with a big, reputable company. After looking at several different companies, I picked the safest bet...

... company a few months ago. She now makes $5500+ a month by just submitting small texts and ads online on Google. Read her story to learn how she did it and how you can do the same.

**Step 1:**

Get Google Profit Library

0 A Month
ks Online

Fired I Found
Making $5k
>>

me $87/ Hour
From Home
nk Free
>>

're Not...
Of Cash
tly Easy.
>>

A Day
Posting Links Online
How I went from rags
to riches working/home.
Read More >>

# EXHIBIT 10



Terry Goddard
Attorney General

**Office of the Attorney General**
State of Arizona

Consumer Information & Complaints
602-542-5763
(In-State Toll Free Outside of the
Phoenix and Tucson Metro areas)
800-352-8431

November 16, 2009

GOOGLE INC
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW, CA 94043

    **RE: CIC 09-25078**

Dear Sir or Madam:

    We have recently received the enclosed complaint against your firm from the above-referenced party.

    We recognize that there can be two sides to every problem. We would, therefore, appreciate receiving your written explanation of all the facts concerning this dispute **within ten (10) days**. We would also appreciate receiving your views and intentions concerning a satisfactory resolution of this complaint.

    Unless you indicate to the contrary, we will make a copy of your response available to the complainant.

    Thank you for your cooperation.

        Sincerely,

        *Pamela L. Crabtree*

        PAMELA L. CRABTREE
        LEGAL ASSISTANT

CPA:Al

1275 West Washington Street, Phoenix, Arizona 85007-2926 • www.azag.gov • Fax 602-542-4579

**REDACTED**

From:          <nobody@pubsrv10.azag.gov>
To:            <online.complaints@azag.gov>
Date:          10/21/2009 9:47 AM
Subject:       Online Consumer Complaint

09-25078

Below is the result of your feedback form.  It was submitted by
 () on Wednesday, October 21, 2009 at 09:47:44
---------------------------------------------------------

subject: Online Consumer Complaint

01age: 60andOver

02contact_yesno: Yes

03media_yesno: Yes

04govt_yesno: Yes

05military: Veteran

06HowHeard: Went onto AG Website

07OtherHowHeard:

08Cust_First_Name:

09Cust_Last_Name:

10Cust_Address:

11Cust_City:

12Cust_State:

13Cust_Zip:

14Cust_HomePhone_Area:

15Cust_HomePhone:

16Cust_WorkPhone_Area:

17Cust_WorkPhone:

18Cust_FAX_Area:

19Cust_FAX:

20Cust_Email:

21PV_Name: Home Listing Pro

22PV_Address: unknown

RECEIVED

OCT 2 1 2009

CPA/CIC

**REDACTED**

23PV_City: unknown

24PV_State: unknown

25PV_Zip:

26PV_Phone_Area: 866

27PV_Phone: 617-3538

28PV_2ndPhone_Area:

29PV_2ndPhone:

30PV_Email:

31PV_Website: Google.com ?

32Circumstances: After retiring I went on line to look over the possibilities of work from home. I went on Google's web site I saw the add to receive information on the Home Pro. On Septtember 10, 2009 I did ask for the information soft ware for a special price of $ 1.95. Then on September 30, 2009 My account was charged $79.80.

I also ordered the information companion S4P SCHPROFIT for $1.97. Then on September 13, 2009 my account was charged $69.97. I called both and was informed that I signed up for some program. They said it was the fine print. I was so fine that I never sew it. At any rate they would not refund my money. This part of the program has the following phone number. 866-617-3538. I believe it is a scam because if they were not they would have released me from the charges.

33complain_yesno: Yes

34ComplaintResponse: No way they would return my money.

35warranty_yesno: No

36sign_yesno: No

37Trans_Date_Month: September 0

38Trans_Date_Day: 10 0

39Trans_Date_Year: 2009

40Trans_Place: Home

41Damages: $149.77

42SalesPerson: none

43Witness: none

44ad_yesno: Yes

45Advertised: On Google web site

46attorney_yesno: No

47Attorney:

48action_yesno: No

49Agencies:

50Comments:

51Name:

52Date: October 21, 2009

submit: Submit

-------------------------------------------------------------------

**REDACTED**

--- Forwarded message ----------
From: **ATG MI Seattle CRC** <SeaCRC@atg.wa.gov>
Date: Tue, Sep 22, 2009 at 15:17
Subject: 348875 : A notice from the Washington State Attorney General's Office
To:      i@google.com


Rob McKenna
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 ? Seattle, WA  98104 ? (206) 464-6686


9/22/2009


Google Incorporated
Attention: .
720 4th Ave
Kirkland, WA 98033


RE:
File #: 348875

Dear

This office has received the enclosed complaint from                    ; regarding your
firm.

May we please have your reply so that we may determine how to proceed with this
matter.

We request your response within 21 business days. If you are unable to provide your
response during that timeframe, please contact this office to make alternate arrangements;
please address it to me and reference our file number 348875.


MICHELLE A. MCBEATH
Complaint Analyst
Consumer Protection Division
(206) 464-6686



**REDACTED**

Enclosure(s)


COMPLAINT SUMMARY
Consumer Information

Name:


Address:


Day Phone:


Evening Phone:


E-mail Address:


Age Group (optional):
59+

Do you want the Attorney General's Office to send this business a copy of your complaint-

Yes
Business Information

Name of business that I am complaining about:
Google Incorporated

Address:
720 4th Ave
Kirkland, WA 98033

Phone:
(425) 739-5600

Toll-Free:
(650) 214-3482

Fax:


**REDACTED**

E-mail:

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:

Did you sign a contract-
No

Date of transaction:

Salesperson's name:

Was an advertisement involved-
Yes

Date and source of advertisement:

About Your Complaint

Have you complained to the business-
Yes

If YES, to whom (include position)-

What response did you receive-

If you have not contacted the business, explain why:

Have you filed a complaint about this business with the Attorney General's Office before-

**REDACTED**

No

If yes, list the file number assigned to that complaint:

Have you contacted a private attorney-
No

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending-
No

If YES, please explain:

Explain your complaint in detail:
I am complaining about a Google scam. On a Google website, a statement was presented
that money could be made by running Google ads on your website. In order to enroll it
would cost $2.95. I do not even have a website but thought if I could make some money
I might establish one. I gave them my credit card number for the $2.95 to find out what
this was all about.
On the same date that the $2.95 was deducted from my credit card account, an amount for
$79.90 was also deducted to the same Google account. I protested to my credit card
company about the $79.90 charge and to date have not heard from them.
I checked online about this problem and found that other people are being fleeced in this
same manner. According to this online report, the people are being told that the $79.90 is
a monthly charge that will be deducted each month from your credit card.
There was nothing about this $79.90 charge on the website that I saw this offer. I
certainly would not have signed up this if I had known such a charge existed.
I called one number adjacent to the Google entry on my credit card charge and they stated
they would not refund the $79.90 charge on my card. This phone number is 1-800-497-
4988.
I called another number that was on the online website where other people were
complaining about this scam which some people said was helpful in getting a refund.
 When I called this number the person I talked to said they had no record of mine and
would not help me.
I feel that other people out there, especially senior citizens like myself, should be warned
about this Google scam so that they will not be taken by these scam artists.
Thanks.
What do you think the business should do to resolve your complaint- (circle one)
RFD
Explain if you have circled 'Other':

SIGNATURE
I declare, under penalty of perjury under the laws of the State of Washington, that the

information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I understand that my complaint and the related documents will become a 'public record' and under state law can be subject to a public records disclosure request and thus be seen by other people.

Signature                        Date    September 9, 2009
Received via the Internet
City and State where signed                    WA

**REDACTED**



STATE OF INDIANA
## OFFICE OF THE INDIANA ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION
302 W. WASHINGTON STREET, 5TH FLOOR • INDIANAPOLIS, IN 46204-2770
www.IndianaConsumer.com

rcvd
9/14/09

**GREG ZOELLER**
INDIANA ATTORNEY GENERAL

PHONE: 317.232.6330
FAX: 317.233.4393

August 31, 2009

Google, Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043

**Re: File No. 09-CP-59633**                    **vs. Google, Inc.**

Dear Google, Inc.:

Enclosed is a complaint received by the Consumer Protection Division. Indiana law requires the Division to investigate and mediate complaints. In order to effectively mediate this complaint, we require your *written* response within fourteen (14) days. We cannot take your response by phone.

Please include the following information in your reply:

    1.      The file number shown above;
    2.      My name,           ;
    3.      Your explanation of what happened;
    4.      A copy of all documents relating to the complaint; and
    5.      An explanation of what, if any, action you would be willing to take to resolve the dispute.

Your prompt reply is required for our investigation and the resolution of this complaint. You may mail it to the address shown above or fax it to my attention at **(317) 233-4393.**

Sincerely,

Anthony Simons
Consumer Mediator
Anthony.Simons@atg.in.gov

Enclosure(s)

**REDACTED**



# CONSUMER COMPLAINT FORM

Office of the Indiana Attorney General

RECEIVED

AUG 21 2009

ATTORNEY GENERAL OF INDIANA
CONSUMER PROTECTION

To prevent delay, please be sure to complete **both sides** of this form in full. Please print clearly or type. **DO NOT** include your **Social Security Number** on this form or in any accompanying documents.

## 1. YOUR INFORMATION

Mr.    Mrs.    Miss    (Ms.)    Dr.

Name
Address
City
Z
Age    25-34    35-44    45-54    (55-64)    65+
Phone                                    Day
                                          Evening
E-mail

## 2. WHO IS YOUR COMPLAINT AGAINST?

Name/Firm _google via Internet_
Address _See Attached_
City _____ State ____
ZIP _____ County ____
Phone _(800) 497-4988_
E-mail _Canceled — 6/22/09_
Person you dealt with _Melissa_

## 3. WHEN DID TRANSACTION/INCIDENT OCCUR?
Date _3/23/09_  Time _2:42_  AM  (PM) _MDT_

## 4. WHERE DID THE TRANSACTION/INCIDENT YOU ARE COMPLAINING ABOUT TAKE PLACE? (Check box when applicable)

At the firm's place of business                By Mail
My home                                        (By Internet/e-mail)
Away from the firm's place of business (work, convention, etc.)    By telephone
Other

## 5. WHAT WAS THE VERY FIRST CONTACT BETWEEN YOU AND THE FIRM?

I telephoned the firm                          I went to the firm's place of business
I responded to a TV/radio ad                   I received a telephone call from the firm
A person came to my home                       (I responded to an offer on the Internet)
I received information by e-mail                I responded to a printed advertisement
I received information in the mail             Other

## 6. DO YOU CONSENT TO DISCLOSING THE FOLLOWING TO THE PUBLIC?

The nature and status of your complaint and the name of the firm?    Yes    (No)
Your name?                                                           Yes    (No)
Your phone number?                                                   Yes    (No)

## 7. WHAT WAS THE TRANSACTION FOR?

My business
(My family/household)
My farm

## 8. HOW DID YOU PAY?

Cash                Credit Card         Medicaid        Private Insurance
Check               Installment Loan    Medicare        Other _Debit Card_

## 9. DID YOU SIGN ANY WRITTEN AGREEMENT? IF YES, PLEASE ATTACH A COPY OF THE AGREEMENT.    Yes    (No)

For Office Use Only:

| | Ind | Prac | PL | MO | NL | NJ | OA: | Inv. | Sec | File # |
|---|---|---|---|---|---|---|---|---|---|---|
| | 188 | 16 | | (MO) | | | | | | -CP- |

**REDACTED**

**10. HAVE YOU COMPLAINED TO THE BUSINESS? (Check box when applicable)**    (Yes)    No

When? 6/22/09 _____    Action taken? I WAS TOLD That

**11. WITH WHAT OTHER AGENCY HAVE YOU FILED THIS COMPLAINT?**

When? _____    Action taken? _____

**12. HAVE YOU CONTACTED A PRIVATE ATTORNEY?**    Yes    (No)

**13. HAVE YOU STARTED A COURT ACTION? IF YES, PLEASE ATTACH A COPY OF ALL COURT PAPERS.**    Yes    (No)

**14. HAVE YOU BEEN SUED OVER THIS ISSUE? IF YES, PLEASE ATTACH A COPY OF ALL COURT PAPERS.**    Yes    (No)

**15. DOLLAR AMOUNT ASSOCIATED WITH YOUR LOSS, IF ANY. $** _____

**16. PLEASE DESCRIBE YOUR COMPLAINT IN DETAIL (ATTACH ADDITIONAL PAGES IF NECESSARY)**

Please attach a copy of all papers involved (order blank, warranty, credit card receipt and statement, invoice, contract or written agreement, advertisement, cancelled check, correspondence and all other related documents). Please print clearly or type. DO NOT INCLUDE YOUR SOCIAL SECURITY NUMBER.

3-23-09 I suBitted to An offer from Google for A Kit
To MAKE money At home - I ok'd shipment fee of $2.95
For AN infor. pkg. to Be Delivered. I NEVER Received
Any thing, However my Checking Acct. WAS Being
DeBited For the Amt. of 69.90 in MArch 09, April 09,
MAY 09 & Again twice in June 09 - Amounting to
$349.50. I HAven't received Any State ment As of yet -
When I Finally reached A real pres— conceiv— this
situation it wAs on 6-22-09, plush name melissA
Agreed to cancel the TransAction; I undastood this to Be A shipment —

**17. HOW WOULD YOU LIKE YOUR COMPLAINT RESOLVED?**

I would Appreciate A Complete return re—
Turned to me For Something I never received.

**18. CONSENT AND VERIFICATION**

I affirm, under the penalties for perjury, that the foregoing representations, and those in all attachments, are true. The information I have provided in this complaint form is based upon my personal knowledge. I consent to the Consumer Protection Division obtaining or releasing any information in furtherance of the disposition of this complaint. I understand that I should not include my Social Security Number in any information submitted to the Consumer Protection Division. If I do provide my Social Security Number, I expressly consent to the disclosure of my Social Security Number in accordance with Indiana Code § 4-1-10-5(2).

Your signature _____    Date 8/18/09

**WHAT WILL HAPPEN NOW? WHAT ELSE SHOULD YOU DO?**

The Consumer Protection Division will send a copy of your complaint to the respondent firm or licensed professional. This office cannot disclose your complaint against a licensed professional to the public unless this office files a disciplinary action against the licensed professional. This office represents the State of Indiana and is limited in the remedies it can pursue. You may be entitled to compensation or other rights that we cannot pursue for you. In addition to filing this complaint, you may want to consider contacting a private attorney or your local small claims court.

**MAIL COMPLETED FORMS TO:**

Attorney General Greg Zoeller
Consumer Protection Division
Government Center South, 5th floor
302 West Washington Street
Indianapolis, IN 46204
PH: 317-232-6330 • FAX: 317-233-4393
www.IndianaConsumer.com

Rev. 01-09

**REDACTED**

Argyle
Acct

IP ADDRESS

67.163.84.71 / 3-23    14:42:47se
MDT

$2.95

DRi 800- 497- 4988

UserName —

P.WORD (<102364 js) 3089

JA 1995

I'm not
sure if there
was a pmt
Deducted for
March — 09 —  See
ATTACHED !

March
April
May
June +2

69.90
× 5
$ 349.50

**REDACTED**

11/0/22/09 11

1-800-497-4988

...edits

| Date | Description | Amount |
|------|-------------|--------|
| 06/24 | | |
| 06/25 | | |
| 06/26 | 24692164T002Lfgh4 06/03/0, 9 NC CheckCard   Trans. | 69.90 |
| 07/09 | | |
| 07/13 | | |
| 07/13 | | |
| 07/16 | | |

Total: 7 items for $



## Checks and Converted Checks

| Check Number | Amount | Description | Date Paid |
|--------------|--------|-------------|-----------|



## Online Bill Payments/Electronic Payments

| Date | Description | Amount |
|------|-------------|--------|

## CheckCard/ATM Transactions

| Date | Description | Amount |
|------|-------------|--------|

Continued

**REDACTED**

96631

**Interim Statement**

Page __1__

05/08/09

**Beginning Balance:**

| Date | Description | Checks/Debits | Deposits/Credits | Balance |
|------|-------------|---------------|------------------|---------|

05/04/09     VISA CHECK CARD TRANSACTION        -69.90

**REDACTED**

2026

An update on your disputed
transaction.

 || ||||| |||| ||||| |||| ||||| ||||||||| ||||| ||||| |

June 25, 2009

Account number ending in:
Case Number:

Dear

We wanted to update you on our investigation for the disputed transaction from Dri*Google for $69.90 charged
to your CheckCard account.

We have temporarily credited your account pending the completion of our investigation.

On 6/25/09, we issued a provisional credit to your bank account for $69.90. This includes the amount in dispute
plus an interest adjustment if your account is interest bearing. You will have full use of these funds throughout the
investigation of your claim.

When your claim is resolved, we will notify you of our findings and provide you with information about any
resulting adjustments, which may include:

- Making the provisional credit permanent if we determine that an error occurred.
- Removing the provisional credit from your account if we determine there was no error.
- Making a final adjustment; for example, because a different error occurred than what was originally reported
  or to compensate you for bank fees resulting from the error.

Please take a minute to let us know if we met your expectations in handing your dispute by answering our survey.
Visit www.nationalcitydisputefeedback.com. Simply enter pass code :                when prompted. Your
information will help us continue to provide the highest quality service.

If you have any questions, please call us at 1-800-925-2752. As always, thank you for banking with National City.

Sincerely,
Dispute Resolution Specialist
Dispute Resolution Department

**REDACTED**

# EXHIBIT 11

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Corrected

Reg. No. 2,884,502

Registered Sep. 14, 2004

OG Date Dec. 18, 2007

## TRADEMARK
## PRINCIPAL REGISTER

## GOOGLE

GOOGLE INC. (DELAWARE CORPORA-
TION), DBA GOOGLE INC.,
1600 AMPHITHEATRE PARKWAY
BUILDING 41
MOUNTAIN VIEW, CA 94043

FOR: COMPUTER HARDWARE; COM-
PUTER SOFTWARE FOR CREATING IN-
DEXES OF INFORMATION, INDEXES
OF WEB SITES AND INDEXES OF
OTHER INFORMATION RESOURCES,
IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 1-26-2000; IN COMMERCE
1-26-2000.

SER. NO. 75-554,461, FILED 9-16-1998.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Dec. 18, 2007.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

Int. Cls.: 38 and 42

Prior U.S. Cls.: 100, 101 and 104

## United States Patent and Trademark Office

Reg. No. 2,806,075
Registered Jan. 20, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

# GOOGLE

GOOGLE INC. (CALIFORNIA CORPORATION)
2400 BAYSHORE PARKWAY
MOUNTAIN VIEW, CA 94043

FOR: PROVIDING ELECTRONIC MAIL AND WORKGROUP COMMUNICATIONS SERVICES OVER COMPUTER NETWORKS; PROVIDING MULTIPLE USER ACCESS TO PROPRIETARY COLLECTIONS OF INFORMATION BY MEANS OF GLOBAL COMPUTER INFORMATION NETWORKS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 9-0-1997; IN COMMERCE 9-0-1997.

FOR: COMPUTER SERVICES, NAMELY, PROVIDING SOFTWARE INTERFACES AVAILABLE OVER A NETWORK IN ORDER TO CREATE A PERSONALIZED ON-LINE INFORMATION SERVICE; EXTRACTION AND RETRIEVAL OF INFOR-

MATION AND DATA MINING BY MEANS OF GLOBAL COMPUTER NETWORKS; CREATING INDEXES OF INFORMATION, INDEXES OF WEB SITES AND INDEXES OF OTHER INFORMATION SOURCES IN CONNECTION WITH GLOBAL COMPUTER NETWORKS; PROVIDING INFORMATION FROM SEARCHABLE INDEXES AND DATABASES OF INFORMATION, INCLUDING TEXT, ELECTRONIC DOCUMENTS, DATABASES, GRAPHICS AND AUDIO VISUAL INFORMATION, BY MEANS OF GLOBAL COMPUTER INFORMATION NETWORKS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 9-0-1997; IN COMMERCE 3-0-1997.

SER. NO. 75-978,469, FILED 9-16-1999.

APRIL L. RADEMACHER, EXAMINING ATTORNEY

Int. Cls.: 9, 11, 12, 16, 18, 21, 25, 28 and 35

Prior U.S. Cls.: 1, 2, 3, 5, 13, 19, 21, 22, 23, 26, 29, 30, 31, 33, 34, 35, 36, 37, 38, 39, 40, 41, 44, 50, 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,954,071
Registered May 24, 2005

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# GOOGLE

GOOGLE INC. (DELAWARE CORPORATION)
2400 BAYSHORE PARKWAY
TRADEMARK DEPT
MOUNTAIN VIEW, CA 94043

FOR: MOUSE PADS, CALCULATORS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-0-1999; IN COMMERCE 7-31-1999.

FOR: FLASHLIGHTS, LAMPS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 1-0-1999; IN COMMERCE 7-31-1999.

FOR: LICENSE PLATE FRAMES AND HOLDERS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-0-1999; IN COMMERCE 7-31-1999.

FOR: BOOKS, NAMELY CHILDREN'S BOOKS, BOOKS ON THE SUBJECT OF COMPUTERS, NOTE-BOOKS, PENS, GREETING CARDS, STICKERS, DECALS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-0-1999; IN COMMERCE 7-31-1999.

FOR: BAGS, NAMELY, TOTE BAGS, DUFFLE BAGS, BACKPACKS; LUGGAGE TAGS; UMBREL-LAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-0-1999; IN COMMERCE 7-31-1999.

FOR: MUGS, TUMBLERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 1-0-1999; IN COMMERCE 7-31-1999.

FOR: CLOTHING, NAMELY, SHIRTS, T-SHIRTS, VESTS, HATS, CAPS, BOXER SHORTS; CHIL-DREN'S CLOTHING, NAMELY, T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-1999; IN COMMERCE 7-31-1999.

FOR: SPORTING EQUIPMENT, NAMELY, PLAS-TIC EXERCISE BALLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-0-1999; IN COMMERCE 7-31-1999.

FOR: ELECTRONIC RETAILING SERVICES VIA COMPUTER FEATURING MOUSE PADS, FLASH-LIGHTS, LAMPS, LICENSE PLATE FRAMES AND HOLDERS, BOOKS, NOTEBOOKS, PENS, GREET-ING CARDS, STICKERS, DECALS, TOTE BAGS, DUFFEL BAGS, BACKPACKS, LUGGAGE TAGS, UMBRELLAS, MUGS, TUMBLERS, SHIRTS, T-SHIRTS, MODEM CORDS, VESTS, CAPS, HATS, AND OTHER CLOTHING ITEMS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-0-1999; IN COMMERCE 9-0-1999.

SER. NO. 76-314,783, FILED 9-18-2001.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,570,103

Registered Feb. 3, 2009

## SERVICE MARK
### PRINCIPAL REGISTER

# GOOGLE

GOOGLE INC. (DELAWARE CORPORATION)
1600 AMPHITHEATRE PARKWAY
MOUNTAIN VIEW, CA 94043

FOR: CHARITABLE FUNDRAISING; PROVID-ING GRANTS TO CHARITABLE ORGANIZATIONS; FINANCIAL SERVICES, NAMELY, PROVIDING STOCK, BOND, COMMODITY, INDEX, FUTURES, OPTIONS, SECURITIES, AND CURRENCY PRICES AND MARKET INFORMATION; FINANCIAL SER-VICES, NAMELY, PROVIDING A WEB SITE WITH INFORMATION CONCERNING STOCKS, BONDS, COMMODITIES, INDEXES, FUTURES, OPTIONS, SECURITIES, AND CURRENCY PRICES, AND WHERE USERS CAN POST RATINGS, REVIEWS AND RECOMMENDATIONS ON THE SAME; FI-NANCIAL TRANSACTION PROCESSING SERVI-CES, NAMELY, CLEARING AND RECONCILING FINANCIAL TRANSACTIONS VIA A GLOBAL COMPUTER NETWORK; BILL PAYMENT SERVI-CES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-1-2003; IN COMMERCE 4-1-2003.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,806,075, 2,884,502, AND 2,954,071.

SER. NO. 78-828,053, FILED 3-2-2006.

COLLEEN KEARNEY, EXAMINING ATTORNEY

Int. Cls.: 9, 11, 12, 16, 18, 21, 25, 28, 35, 38 and 42

Prior U.S. Cls.: 1, 2, 3, 5, 13, 19, 21, 22, 23, 26, 29, 30, 31, 33, 34, 35, 36, 37, 38, 39, 40, 41, 44, 50, 100, 101, 102 and 104

## United States Patent and Trademark Office

Reg. No. 3,140,793

Registered Sep. 12, 2006

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



GOOGLE INC. (DELAWARE CORPORATION)
1600 AMPHITHEATRE PARKWAY
BUILDING 41
MOUNTAIN VIEW, CA 94043

FOR: COMPUTER SOFTWARE FOR SEARCHING, COMPILING, INDEXING AND ORGANIZING INFORMATION ON COMPUTER NETWORKS; COMPUTER HARDWARE, COMPUTER SOFTWARE FOR SEARCHING, COMPILING, INDEXING, AND ORGANIZING INFORMATION WITHIN INDIVIDUAL WORKSTATIONS AND PERSONAL COMPUTERS; COMPUTER SOFTWARE FOR CREATING INDEXES OF INFORMATION, INDEXES OF WEB SITES AND INDEXES OF OTHER INFORMATION RESOURCES; MOUSE PADS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-2000; IN COMMERCE 11-0-2000.

FOR: LAMPS , IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 6-0-2002; IN COMMERCE 6-0-2002.

FOR: LICENSE PLATE FRAMES AND HOLDERS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 6-0-2002; IN COMMERCE 6-0-2002.

FOR: NOTEBOOKS, PENS, STICKERS, DECALS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-0-2002; IN COMMERCE 6-0-2002.

FOR: BAGS, NAMELY, TOTE BAGS, DUFFLE BAGS, BACKPACKS; UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-0-2002; IN COMMERCE 6-0-2002.

FOR: MUGS, TUMBLERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 6-0-2002; IN COMMERCE 6-0-2002.

FOR: CLOTHING, NAMELY, SHIRTS, T-SHIRTS, VESTS, HATS, CAPS, BOXER SHORTS; CHILDREN'S CLOTHING, NAMELY, T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-2001; IN COMMERCE 1-0-2001.

FOR: TOYS AND SPORTING EQUIPMENT, NAMELY PLASTIC EXERCISE BALLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-0-2001; IN COMMERCE 1-0-2001.

FOR: ELECTRONIC RETAILING SERVICES VIA COMPUTER FEATURING MOUSE PADS, LAMPS, LICENSE PLATE FRAMES AND HOLDERS, NOTEBOOKS, PENS, STICKERS, DECALS, TOTE BAGS, DUFFLE BAGS, BACKPACKS, UMBRELLAS, MUGS, TUMBLERS, SHIRTS, T-SHIRTS, MODEM CORDS, TOYS, VESTS, CAPS, HATS, AND OTHER CLOTHING ITEMS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-31-1999; IN COMMERCE 7-31-1999.

FOR: PROVIDING MULTIPLE USER ACCESS TO PROPRIETARY COLLECTIONS OF INFORMATION BY MEANS OF GLOBAL COMPUTER INFORMATION NETWORKS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 9-0-1997; IN COMMERCE 9-0-1997.

FOR: COMPUTER SERVICES, NAMELY, PRO-
VIDING SOFTWARE INTERFACES AVAILABLE
OVER A NETWORK IN ORDER TO CREATE PER-
SONALIZED ON-LINE INFORMATION SERVICES;
EXTRACTION AND RETRIEVAL OF INFORMA-
TION AND DATA MINING BY MEANS OF GLOBAL
COMPUTER NETWORKS; CREATING INDEXES
OF INFORMATION, INDEXES OF WEB SITES
AND INDEXES OF OTHER INFORMATION SOUR-
CES IN CONNECTION WITH GLOBAL COMPUTER
NETWORK; PROVIDING INFORMATION FROM
SEARCHABLE INDEXES AND DATABASES OF
INFORMATION, INCLUDING TEXT, ELECTRONIC
DOCUMENTS, DATABASES, GRAPHIC AND
AUDIO VISUAL INFORMATION, BY MEANS OF
GLOBAL COMPUTER INFORMATION NET-
WORKS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 9-0-1997; IN COMMERCE 9-0-1997.

THE DRAWING IS LINED FOR THE COLOR(S)
RED, BLUE, GREEN AND YELLOW.

THE MARK CONSISTS OF THE FIRST LETTER
"G" IS BLUE; THE SECOND LETTER "O" IS RED;
THE THIRD LETTER "O" IS YELLOW; THE
FOURTH LETTER "G" IS BLUE; THE FIFTH LET-
TER "L" IS GREEN; AND THE SIXTH LETTER "E" IS
RED.

SER. NO. 76-314,811, FILED 9-18-2001.

VIVIAN MICZNIK FIRST, EXAMINING ATTOR-
NEY

# EXHIBIT 12

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

Reg. No. 2,794,616

## United States Patent and Trademark Office

Registered Dec. 16, 2003

### SERVICE MARK
### PRINCIPAL REGISTER

## ADWORDS

GOOGLE INC. (CALIFORNIA CORPORATION)
2400 BAYSHORE PARKWAY
MOUNTAIN VIEW, CA 94043

    FOR: DISSEMINATION OF ADVERTISING FOR
OTHERS VIA THE INTERNET, IN CLASS 35 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 10-0-2000; IN COMMERCE 10-0-2000.

SER. NO. 78-132,568, FILED 5-31-2002.

SHARON MEIER, EXAMINING ATTORNEY

# EXHIBIT 13

### Infringing Domain Names

1. ajobwithgoogle.com
2. bradsgooglemoney.com
3. business-google.com
4. cash-with-google.info
5. click4googlecashkit.com
6. earn-google-cash.com
7. earncashfastwithgoogle.com
8. easygooglecashkit.com
9. easygooglepayday.com
10. fastgooglecash.info
11. getrichgoogle.com
12. getsgooglecash.com
13. google-money-kit.com
14. google-money-master.com
15. google-money.net
16. google-moneyblog.com
17. google-moneytree.com
18. google-profits.com
19. google-wealthmaker.com
20. googlebusinesskit.biz
21. googlebusinesskit.com
22. googlecash-kit.com
23. googlecash.com
24. googlecashfromhome.com

25. googlecashkit.org
26. googlecashsecretclub.com
27. googlecashstarterkit.com
28. googlecashweekly.com
29. googlejackpot.net
30. googlekits.com
31. googlemasterminds.com
32. googlemoney-kit.com
33. googlemoney1.com
34. googlemoneyeasy.com
35. googlemoneymaster.net
36. googlemoneymembersite.com
37. googlemoneymethod.com
38. googlemoneypro.com
39. googlemoneyprofit.com
40. googlemoneys.com
41. googlemoneyy.com
42. googleprofit.org
43. googleprofitclub.com
44. googleprofithouse.com
45. googleprofitkit.com
46. googleprofitresource.com
47. googleprofits.com
48. googleprofitsinsider.com

49. googleprofitskit.com
50. googleprofittoday.com
51. googleprofittree.com
52. googlesmoneytree.com
53. googletreasurechest.com
54. googleworkstoday.com
55. goolgemoney.com
56. makegooglefastcash.com
57. makemoneyfromgoogle.net
58. makemoneywithgooglekit.com
59. moneygoogle.org
60. my-google-money.com
61. mygooglefortune.com
62. mygooglemoney.com
63. mygooglemoneyblog.com
64. mygooglemoneysecret.com
65. nomoregoogleadwords.com
66. quickgoogleprofit.com
67. thanksgooglemoney.com
68. thegooglebusiness.com
69. thegooglenetwork.com
70. trygooglecash.com

# EXHIBIT 14



**processcartcenter.com**

# EXHIBIT 15

# google start-up – text

Subject: Work from home with Google! Get paid up to $978 every day!

Are you ready to become an Entrepreneur and take control of your finances? Then we have the perfect solution for you.

You can work from home and make up to $978 per day! It's so easy to get started. If you can type and own a home computer, you can start getting checks from Google in just days!!!

Learn one of the easiest ways to make a fortune – Get Fast Cash Using Google today!

**CLICK HERE FOR INSTANT ACCESS**

<INSERT LINK HERE>

To stop future mailings, please visit this link:
<INSERT LINK HERE>

Or write to:
UNSUBSCRIBE
Address
City, State Zip

Subject: Could you make up to $978 a day? Yes you could!

Start working from home using Google and make money from anywhere in the world, at any time of day!

- Get Fast Cash Using Google
- Use typing skills to fill out online forms
- Watch the money start rolling in

Thousands of people are using Google to earn quick cash. Wouldn't you like to be one of them? Get started today!


**GET INSTANT ACCESS**

<INSERT LINK HERE>

To stop future mailings, please visit this link:
<INSERT LINK HERE>

Or write to:
UNSUBSCRIBE
Address
City, State Zip

bloosky interactive    bloosky.com

Subject: The Fast Cash Using Google Kit is Waiting For YOU

Would you like to know how to fatten your wallet and stop living paycheck-to-paycheck?

You can work from home using Google and make top dollar! It's so easy to get started and you can do it from the comfort of your own home. We'll show you all you need to know to be successful.

Why wait? If you can type and own a computer, you can start getting checks in just days!

Make GOOGLE cash! It's fast, easy, AND FUN! Get started today!

**CLICK HERE TO GET INSTANT ACCESS**

<INSERT LINK HERE>

To stop future mailings, please visit this link:
<INSERT LINK HERE>

Or write to:
UNSUBSCRIBE
Address
City, State Zip

bloosky interactive    bloosky.com

# google start-up kit – from/subject

FROM:

Fast Cash Using Google

Fast Cash

Quick Cash

Google Kit

Google Money Kit

Google Dreams

Google Paychecks

Google Money

Google Work

Online Google Work

Google Work Online

Quick Google Cash

Easy Online Money

Easy Money From Home

Easy Google Money

Easy Google Work

Qualify Now

Get Started with Google

Get Started

Start Making More

Google Experience

The Google Experience

bloosky interactive    bloosky.com

More Money!

Make More Money

Money and More Money

Google Opportunities

Online Money Making

Make Money

Income from home

Make hundreds at home

Hundreds from home

Google Makes You Money

A New Job Opp.

Job Opp

SUBJECT:

Could you make up to $978 a day? Let us show you the way...

Has the troubled economy affected you? Make money online with Google.

Are you behind on bills? Start making money online with Google.

Fast Money! Easy Money! Get Paid!

Success has never been so easy. Make more money online with Google.

Stop working at a job you hate. Make money from home!

Say YES to MORE MONEY! Start making money online with Google.

Live more comfortably. Work from home using Google!

Cash is King. Start making cash online with Google.

Hot Job Tip For You

Learn Insider Secrets For Using Google and the Internet to Make Money!

Use the Internet to Make a Fortune!

Harness the Power of the Internet to Make Money! Get Fast Cash Using Google Today!

bloosky interactive    bloosky.com