Robert E. Mansfield (#6272)
Todd Shaughnessy (#6651)
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Beneficial Tower
Salt Lake City, UT 84101-1004
(801) 257-1900 Telephone
(801) 257-1800  Facsimile

Jeffery M. Lillywhite
953 East 12400 South, Suite A
Draper, UT 84020
(801)416-0746

*Attorneys for Third-Party Defendant Pacific Webworks, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GOOGLE, INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>BLOOSKY INTERACTIVE, LLC<br><br>      Defendant, Third-Party Plaintiff<br><br>vs.<br><br>PACIFIC WEBWORKS, INC., a Nevada corporation, VIABLE MARKETING, a Florida corporation doing business as View Marketing, WEALTH TOOLS INTERNATIONAL, a Utah limited liability company, VIRGIN OFFERS MEDIA INTERNATIONAL, a Utah limited liability company, IWORKS, a Utah corporation, CPA UPSELL, a California corporation<br><br>      Third-Party Defendants | **MOTION TO DISMISS BLOOSKY'S THIRD-PARTY COMPLAINT**<br><br>Civil No.: 2:09-cv-01068-BSJ<br><br>Honorable Judge Bruce S. Jenkins |

11924253.1

Defendant Pacific WebWorks, Inc. ("WebWorks"), hereby moves the Court to dismiss the Third-Party Complaint filed by Bloosky Interactive, LLC ("Bloosky") based on improper venue and failure to state a claim upon which relief may be granted.  This Motion is supported by a Memorandum in Support and the Declaration of Robert E. Mansfield filed concurrently herewith.

DATED this 1st day of September, 2010

                              **SNELL & WILMER, L.L.P.**

                              /s/ Robert E. Mansfield
                              Robert E. Mansfield (#6272)
                              Todd Shaughnessy (#6651)
                              *Attorneys for Third-Party Defendant Pacific WebWorks, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of September, 2010, I electronically filed the foregoing **MOTION TO DISMISS BLOOSKY'S THIRD-PARTY COMPLAINT** with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

George M. Haley
Blaine J. Benard
Craig A. Buschmann
Holme Roberts & Owen LLP
299 South Main Street, Suite 1800
Salt Lake City, UT 84111-2263
(801)521-5800
blaine.benard@hro.com
craig.buschmann@hro.com
george.haley@hro.com

Roger R. Myers
Holme Roberts & Owen LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
roger.myers@hro.com

Scott R. Bialecki
Holme Roberts & Owen LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
scott.bialecki@hro.com

Kenneth C. White
Bloosky Interactive LLC
9 Pasteur, Suite 100
Irvine, CA 92618
(866)200-5883
kwhite@bloosky.com

Jeffery M. Lillywhite
953 East 12400 South, Suite A
Draper, UT 84020
(801)416-0746
jlillywhitepc@comcast.net

Blair R. Jackson
Gregory J. Christiansen
Christiansen & Jackson PC
10421 South Jordan Gateway Suite 600
South Jordan, UT 84095
(801)576-2662
blair@cjlawnv.com
greg@cjlawnv.com

Blaine C. Kimrey
Bryan K. Clark
Lathrop & Gage LLP (IL)
100 North Riverside Plaza, Suite 2100
Chicago, IL 60606
(312)920-3302
bkimrey@lathropgage.com
bclark@lathropgage.com

A. Jeff Ifrah
Amy M. Lloyd
Ifrah PLLC
1627 I Street NW, Suite 1100
Washington, DC 20006
(202)912-4823
jeff@ifrahlaw.com
alloyd@ifrahlaw.com

3

11924253.1

Loren E. Weiss
Van Cott, Bagley, Cornwall & McCarthy
36 S. State Street, Suite 1900
PO Box 45340
Salt Lake City, UT 84111
(801)532-3333
lweiss@vancott.com

/s/ Mindi Mordue