Blaine C. Kimrey (*pro hac vice*)
Bryan K. Clark (*pro hac vice*)
LATHROP & GAGE LLP
100 N. Riverside Plaza, Suite 2100
Chicago, IL 60606

Blair R. Jackson (10170)
Greg J. Christiansen (10755)
CHRISTIANSEN & JACKSON PC
10421 S. Jordan Gateway, Suite 600
South Jordan, UT 84095

Attorneys for defendant and third-party plaintiff Bloosky Interactive, LLC

# UNITED STATES DISTRICT COURT
## District of Utah, Central Division

| | | |
|---|---|---|
| GOOGLE,<br><br>Plaintiff<br><br>v.<br><br>PACIFIC WEBWORKS, *et al.*<br><br>Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | Voluntary Dismissal of Third-Party Complaint by Bloosky Interactive, LLC, as to Third-Party Defendants Viable, Wealth Tools, Virgin Offers Media, IWorks, and CPA Upsell<br><br><br>Case No. 2:09-cv-01068-BSJ |

Defendant and third-party plaintiff Bloosky Interactive, LLC ("Bloosky"), by and through its counsel, hereby gives notice pursuant to Federal Rule of Civil Procedure 41 that it is dismissing its third-party complaint without prejudice as to third-party defendants Viable Marketing Corp. d/b/a View Marketing, Wealth Tools International, LLC, Virgin Offers Media International, LLC, IWorks, Inc., and CPA Upsell, Inc.[1] These third-party defendants have served no responsive pleadings; therefore, the third-party complaint

---

[1] Third party defendant Pacific Webworks, Inc., is not included in this voluntary dismissal.

may be dismissed as to these defendants without an Order of the Court under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: September 1, 2010

*/s/ Bryan K. Clark*
Bryan K. Clark

Counsel for Bloosky Interactive, LLC

## CERTIFICATE OF SERVICE

     I, Bryan K. Clark, hereby certify that on this 1st day of September 2010, a true and correct copy of the foregoing was served by CM/ECF to the parties registered with the Court's CM/ECF system.

                                         */s/ Bryan K. Clark*
                                         Bryan K. Clark